IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as TRUSTEES of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST<br>2121 K Street, N.W.<br>Washington, D.C. 20037<br><br>    Plaintiffs,<br>  v.<br><br>FREEMAN UNITED COAL MINING COMPANY<br>4440 Ash Grove, Suite A,<br>Springfield, IL 62707<br><br>BANDMILL COAL COMPANY<br>6760 Long Branch Road<br>Belfry, KY 41514<br><br>DOSS FORK COAL COMPANY, INC.<br>P.O. Drawer 1030<br>Bluefield VA 24605<br><br>EAST STAR MINING, INC.<br>118 Southeast Main Street<br>Lebanon, VA 24266<br><br>MONTEREY COAL COMPANY<br>14300 Brush Mound Road<br>Carlinville, Illinois 62626<br><br>POSTAR COAL COMPANY, INC.<br>685 Cavitts Creek Road<br>North Tazewell, VA 24630<br><br>LITWAR PROCESSING COMPANY, LLC<br>208 Business Street<br>Beckley, WV 25801 | Civil Action No. 1:07-cv-00490<br><br>Jury Trial Demanded |

POWER MOUNTAIN COAL COMPANY
P.O. Box 707
Summersville, WV

and

GOALS COAL COMPANY
Rt. 3 Sundial
Sundial, WV 25140

    Defendants.

## NOTICE OF DEMAND FOR JURY TRIAL

  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury with respect to any issue so triable.

        Respectfully submitted,


        _____/s/_____
        JULIA PENNY CLARK
        D.C. Bar No. 269609
        CHARLOTTE GARDEN
        D.C. Bar No. 489040
        Bredhoff & Kaiser P.L.L.C.
        805 Fifteenth Street N.W.
        Suite 1000
        Washington, DC 20005
        Telephone:  202-842-2600


        DAVID W. ALLEN
        General Counsel
        D.C. Bar No. 81638
        LARRY D. NEWSOME
        Associate General Counsel
        D.C. Bar No. 254763
        CHRISTOPHER F. CLARKE
        Senior Assistant General Counsel
        D.C. Bar No. 441708

        UMWA HEALTH & RETIREMENT
        FUNDS

                                          Office of the General Counsel
                                          2121 K Street, N.W.
                                          Washington, D.C.  20037
                                          Telephone:  202-521-2238

                                          Attorneys for Plaintiffs

March 19, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of March, 2007, I filed the foregoing Notice of Jury Demand via ECF and served said Notice via first-class mail on all Defendants, through their registered agents, at the following addresses:

FREEMAN UNITED COAL MINING COMPANY
c/o Thomas A. Korman
222 N LaSalle St., 8th Floor
Chicago, IL 60601

BANDMILL COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

DOSS FORK COAL COMPANY, INC.
c/o Edward Asbury
P.O. Drawer 103
Bluefield, VA 24605

EAST STAR MINING, INC.
c/o A. Benton Chafin, Jr.
118 Southeast Main St.
Lebanon, VA 24266

MONTEREY COAL COMPANY
c/o CT Corporation System
208 So. Lasalle St., Suite 814
Chicago, IL 60604

POSTAR COAL COMPANY, INC.
c/o Michael Poskas
685 Cavitts Creek Road, North Tazewell, VA 24630

LITWAR PROCESSING COMPANY, LLC
c/o Corporation Service Company
209 W. Washington St.
Charleston, WV 25302

POWER MOUNTAIN COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

GOALS COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

                                                                                                /s/
                                                                             Julia Penny Clark