UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Michael H. Holland, Micheal W. Buckner,　　　)
B.V. Hyler and Steven F. Schaab as Trustees　　)
of the United Mine Workers of America 1974　　)
Pension Trust,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　Civil Action No. 07-490-PF
Freeman United Coal Mining Company,　　　　　)
Bandmill Coal Company, Doss Fork Coal　　　　)
Company, Inc., East Star Mining, Inc.,　　　　　)
Monterey Coal Company, Postar Coal　　　　　　)
Company, Inc., Litwar Processing Company,　　　)
LLC, Power Mountain Coal Company, and　　　　)
Goals Coal Company,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　　　　)
_____)

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DOSS FORK COAL COMPANY, INC.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses

Defendant Doss Fork Coal Company, Inc. from this action.  Defendant Doss Fork Coal

Company, Inc. has not yet filed an answer or a motion for summary judgment with this

Court.  This dismissal is without prejudice.

Respectfully submitted,


_____/s/_____
JULIA PENNY CLARK
D.C. Bar No. 269609
CHARLOTTE GARDEN
D.C. Bar No. 489040

Bredhoff & Kaiser P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Telephone:  202-842-2600


DAVID W. ALLEN
General Counsel
D.C. Bar No. 81638
LARRY D. NEWSOME
Associate General Counsel
D.C. Bar No. 254763
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT
FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone:  202-521-2238


*Attorneys for Plaintiffs*

Dated:  April 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2007, I filed the foregoing Notice of Dismissal Without Prejudice of Defendant Doss Fork Coal Company, Inc. via ECF and served said Notice via first-class mail on all Defendants, through their registered agents, at the following addresses:

FREEMAN UNITED COAL MINING COMPANY
c/o Thomas A. Korman
222 N LaSalle St., 8th Floor
Chicago, IL 60601

BANDMILL COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

DOSS FORK COAL COMPANY, INC.
c/o Edward Asbury
P.O. Drawer 103
Bluefield, VA 24605

EAST STAR MINING, INC.
c/o A. Benton Chafin, Jr.
118 Southeast Main St.
Lebanon, VA 24266

MONTEREY COAL COMPANY
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

POSTAR COAL COMPANY, INC.
c/o Michael Poskas
685 Cavitts Creek Road,
North Tazewell, VA 24630

LITWAR PROCESSING COMPANY, LLC
c/o Corporation Service Company
209 W. Washington St.
Charleston, WV 25302

POWER MOUNTAIN COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

GOALS COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.


_____/s/_____
Julia Penny Clark