AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Michael H. Holland, et al., Trustees of the United
Mine Workers of America 1974 Pension Trust )
)
        Plaintiff(s) ) **APPEARANCE**
)
)
        vs. ) CASE NUMBER 1:07-cv-00490
Freeman United Coal Mining Company, )
et al. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michael W. Robinson  as counsel in this
                       (Attorney's Name)

case for:  Freeman United Coal Mining Company
          (Name of party or parties)

| | |
|---|---|
| April 9, 2007 | /s/ Michael W. Robinson |
| Date | Signature |
| | Michael W. Robinson |
| 437979 | Print Name |
| BAR IDENTIFICATION | 8010 Towers Crescent Drive, #300 |
| | Address |
| | Vienna, VA 22182 |
| | City   State   Zip Code |
| | (703) 760-1600 |
| | Phone Number |