CO-386-online
10/03

# United States District Court
# For the District of Columbia

MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B. V. HYLER )
AND STEVEN F. SCHAAB AS TRUSTEES OF THE UNITED )
MINE WORKERS OF AMERICA 1974 PENSION TRUST, )
)
)
                         Plaintiff )    Civil Action No. 1:07-cv-00490
VS )
)
FREEMAN UNITED COAL MINING )
COMPANY, ET AL., )
)
                     Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Freeman United Coal Mining Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Freeman United Coal Mining Company__ which have any outstanding securities in the hands of the public:

General Dynamics Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
/S/ Michael W. Robinson

Signature

437979

Michael W. Robinson

BAR IDENTIFICATION NO.

Print Name

8010 Towers Crescent Drive, Suite 300
Address

Vienna        VA        22182
City          State      Zip Code

703-760-1600
Phone Number