UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Freeman United Coal Mining Company, Bandmill Coal Company, Doss Fork Coal Company, Inc., East Star Mining, Inc., Monterey Coal Company, Postar Coal Company, Inc., Litwar Processing Company, LLC, Power Mountain Coal Company, and Goals Coal Company,<br><br>　　　　　　Defendants. | Civil Action No. 07-490-PF |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT POSTAR MINING COMPANY, INC.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses Defendant Postar Mining Company, Inc. from this action. Defendant Postar Mining Company, Inc. has not yet filed an answer or a motion for summary judgment with this Court. This dismissal is without prejudice.

Respectfully submitted,

　　　　/s/
JULIA PENNY CLARK
D.C. Bar No. 269609
CHARLOTTE GARDEN
D.C. Bar No. 489040

        Bredhoff & Kaiser P.L.L.C.
        805 Fifteenth Street N.W.
        Suite 1000
        Washington, DC 20005
        Telephone:  202-842-2600


        DAVID W. ALLEN
        General Counsel
        D.C. Bar No. 81638
        LARRY D. NEWSOME
        Associate General Counsel
        D.C. Bar No. 254763
        CHRISTOPHER F. CLARKE
        Senior Assistant General Counsel
        D.C. Bar No. 441708

        UMWA HEALTH & RETIREMENT
        FUNDS
        Office of the General Counsel
        2121 K Street, N.W.
        Washington, D.C.  20037
        Telephone:  202-521-2238


        *Attorneys for Plaintiffs*

Dated:  April 12, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of April, 2007, I filed the foregoing Notice of Dismissal Without Prejudice of Defendant Postar Mining Company, Inc. via ECF and served said Notice via first-class mail on all Defendants, through their registered agents, at the following addresses:

FREEMAN UNITED COAL MINING COMPANY
c/o Thomas A. Korman
222 N LaSalle St., 8th Floor
Chicago, IL 60601

BANDMILL COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

EAST STAR MINING, INC.
c/o A. Benton Chafin, Jr.
118 Southeast Main St.
Lebanon, VA 24266

MONTEREY COAL COMPANY
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

POSTAR COAL COMPANY, INC.
c/o Michael Poskas
685 Cavitts Creek Road,
North Tazewell, VA 24630

LITWAR PROCESSING COMPANY, LLC
c/o Corporation Service Company
209 W. Washington St.
Charleston, WV 25302

POWER MOUNTAIN COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

GOALS COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304.

                                                            /s/
                                      Julia Penny Clark