UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Plan, <br><br> Plaintiffs, <br><br> v . <br><br> FREEMAN UNITED COAL MINING COMPANY, BANDMILL COAL COAL COMPANY, EAST STAR MINING, INC., MONTEREY COAL COMPANY, POSTAR COAL COMPANY INC., LITWAR PROCESSING COMPANY LLC, POWER MOUNTAIN COAL COMPANY, and GOALS COAL COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CASE NO. 1:07-cv-00490-PLF ) ) ) ) ) ) ) ) ) ) ) |

CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant Monterey Coal Company, by counsel, hereby moves the Court for an extension of time to and including May 1, 2007 to file a response to the complaint in this matter. Counsel for Plaintiffs has consented to this request.

                                                                                                   Respectfully submitted,

                                                                                               /s/
                                                  John R. Woodrum
                                                  D.C. Bar No. 933457
                                                  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                                  Fifth Floor
                                                  2400 N Street, N.W.
                                                  Washington, DC  20037
                                                  john.woodrum@odnss.com
                                                  Phone:  (202) 887-0855
                                                  Fax:     (202) 887-0866

Dated April 12, 2007