A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as TRUSTEES of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,

        Plaintiff(s)

vs.

FREEMAN UNITED COAL MINING COMPANY, et al.,

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:07-cv-00490

To the Clerk of this court and all parties of record:

Please enter the appearance of  Paul M. Smith  as counsel in this
                                (Attorney's Name)

case for:  Freeman United Coal Mining Co.
           (Name of party or parties)

April 30, 2007
Date

358870
BAR IDENTIFICATION

Signature

Paul M. Smith
Print Name

601 13th Street, N.W.
Address

Washington, D.C.   20005
City      State      Zip Code

(202) 639-6000
Phone Number

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of April, 2007, I filed the foregoing Entry of Appearance via ECF, which automatically gave notice of such filing to plaintiffs and to defendant Monterey Coal Company. I further certify that I served said Entry of Appearance via first-class mail on the remaining defendants, through their registered agents, at the following addresses: a copy of an Appearance form was served, via first class mail, postage prepaid, this 30th day of April, 2007 on:

BANDMILL COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304

EAST STAR MINING, INC.
c/o A. Benton Chafin, Jr.
118 Southeast Main St.
Lebanon, VA 24266

LITWAR PROCESSING COMPANY, LLC
c/o Corporation Service Company
209 W. Washington St.
Charleston, WV 25302

POWER MOUNTAIN COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304

GOALS COAL COMPANY
c/o Legal Department
315 70th Street, S.E.
Charleston, WV 25304

                              /s/ Paul M. Smith
                              Paul M. Smith