UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust, <br><br> Plaintiffs, <br><br> v. <br><br> Freeman United Coal Mining Company, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 07-490-PF |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LITWAR PROCESSING COMPANY, GOALS COAL COMPANY, BANDMILL COAL COMPANY, AND POWER MOUNTAIN COAL COMPANY

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses Defendants Litwar Processing Company, Goals Coal Company, Bandmill Coal Company, and Power Mountain Coal Company from this action. These defendants have not yet filed an answer or a motion for summary judgment with this Court. This dismissal is without prejudice.

Respectfully submitted,

/s/
JULIA PENNY CLARK
D.C. Bar No. 269609
CHARLOTTE GARDEN
D.C. Bar No. 489040
Bredhoff & Kaiser P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Telephone: 202-842-2600

          DAVID W. ALLEN
          General Counsel
          D.C. Bar No. 81638
          LARRY D. NEWSOME
          Associate General Counsel
          D.C. Bar No. 254763
          CHRISTOPHER F. CLARKE
          Senior Assistant General Counsel
          D.C. Bar No. 441708

          UMWA HEALTH & RETIREMENT
          FUNDS
          Office of the General Counsel
          2121 K Street, N.W.
          Washington, D.C.  20037
          Telephone:  202-521-2238


          *Attorneys for Plaintiffs*

Dated:  May 1, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of May, 2007, I filed the foregoing Notice of Dismissal Without Prejudice of Defendants Litwar Processing Company, Goals Coal Company, Bandmill Coal Company, and Power Mountain Coal Company via ECF, which automatically gave notice of such filing to defendants Freeman United Coal Mining Company, East Star Mining, Inc., and Monterey Coal Company.   I further certify that I served said Notice via first-class mail on the remaining defendants, through their registered agents, at the following addresses:

    BANDMILL COAL COMPANY
    c/o Legal Department
    315 70th Street, S.E.
    Charleston, WV 25304.

    LITWAR PROCESSING COMPANY, LLC
    c/o Corporation Service Company
    209 W. Washington St.
    Charleston, WV 25302

    POWER MOUNTAIN COAL COMPANY
    c/o Legal Department
    315 70th Street, S.E.
    Charleston, WV 25304.

    GOALS COAL COMPANY
    c/o Legal Department
    315 70th Street, S.E.
    Charleston, WV 25304.

                                                      /s/
                                                  Julia Penny Clark