# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as TRUSTEES of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST, | ) ) ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 1:07-cv-00490 |
| FREEMAN UNITED COAL MINING COMPANY, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Monterey Coal Company certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Monterey Coal Company which have any outstanding securities in the hands of the public:

Monterey Coal Company is a division of ExxonMobil Coal USA Inc. Exxon Mobil Corporation owns 100% of ExxonMobil Coal USA Inc.'s stock. There are no publicly traded corporations (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

    933457
BAR IDENTIFICATION NO.

/s/
John R. Woodrum
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
Fifth Floor
2400 N Street, N.W.
Washington, DC  20037
Phone: (202) 887-0855