AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as TRUSTEES of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST

**SUMMONS IN A CIVIL CASE**

V.

FREEMAN UNITED COAL MINING COMPANY, BANDMILL COAL COMPANY, DOSS FORK COAL COMPANY, INC., EAST STAR MINING, INC., MONTEREY COAL COMPANY, POSTAR COAL COMPANY, INC., LITWAR PROCESSING COMPANY, LLC, POWER MOUNTAIN COAL COMPANY, GOALS COAL COMPANY

CASE NUMBER: 07-00490-PF

TO: (Name and address of Defendant)

Freeman United Coal Mining Company
c/o Thomas A. Korman
222 N LaSalle St., 8th Floor
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julia Penny Clark
Bredhoff & Kaiser, PLLC
805 15th Street NW
Suite 1000
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR 15 2007

CLERK

DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 03-19-07 @ 11:50 am |
| NAME OF SERVER (PRINT) Robert D. Fairbanks | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by serving, Heather Martinez, Paralegal, authorized to accept. Service was completed at 222 N. LaSalle Street, 8th Floor, Chicago, IL 60601.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-19-07
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

* Complaint, Civil Cover Sheet and Notice of Designation of Related Civil Cases Pending in the or any other United States Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.