UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Michael H. Holland, Micheal W. Buckner,   )
B.V. Hyler and Steven F. Schaab as Trustees  )
of the United Mine Workers of America 1974  )
Pension Trust,             )
                )
     Plaintiffs,       )
                )
    v.           )
                )  Civil Action No. 07-490-PF
Freeman United Coal Mining Company,   )
et al.               )
                )
     Defendants.     )
_____)

## JOINT MOTION OF PLAINTIFFS AND DEFENDANT EAST STAR MINING, INC. TO VOLUNTARILY DISMISS DEFENDANT EAST STAR MINING, INC.

   Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and Defendant

East Star Mining, Inc. ("East Star") hereby jointly move this Court to dismiss Defendant

East Star from this action.  The reasons and authorities in support of this Motion are set

forth in the accompanying Memorandum.  The other parties to this lawsuit have all

indicated that they consent to this Motion.

          Respectfully submitted,


         _____/s/_____
         JULIA PENNY CLARK
         D.C. Bar No. 269609
         CHARLOTTE GARDEN
         D.C. Bar No. 489040
         Bredhoff & Kaiser P.L.L.C.
         805 Fifteenth Street N.W.

Suite 1000
Washington, DC 20005
Telephone:  202-842-2600


DAVID W. ALLEN
General Counsel
D.C. Bar No. 81638
LARRY D. NEWSOME
Associate General Counsel
D.C. Bar No. 254763
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT
FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone:  202-521-2238
 *Attorneys for Plaintiffs*


/s/ Jeffrey B. Cohen
JEFFREY B. COHEN
D.C. Bar No. 347880
JCohen@ipbtax.com
JONATHAN ZIMMERMAN
D.C. Bar No. 491808
JZimmeran@ipbtax.com
IVINS, PHILLIPS & BARKER
1700 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20006
Phone: (202) 393-7600
Fax:     (202) 393-7601
ATTORNEYS FOR DEFENDANT EAST
STAR MINING, INC.


Dated:  June 21, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of June, 2007, I filed the foregoing Motion to Voluntarily Dismiss Defendant East Star Mining, Inc. Without Prejudice via ECF, causing the Motion to be served electronically on counsel for Freeman United Coal Mining Company, East Star Mining Company, and Monterey Coal Company.  I further certify that I served the foregoing motion on counsel for the United Mineworkers of America and counsel for the Bituminous Coal Operators' Association via first-class mail, as follows:

Deborah Stern
UNITED MINE WORKERS OF AMERICA
8315 Lee Highway
Fairfax, VA 22031

John R. Mooney
Mark Murphy
Richard C. Welsh
MOONEY GREEN BAKER & SAINDON PC
Suite 400
1920 L Street NW
Washington, DC 20036

John T. Long
CAVANAGH & O'HARA
407 East Adams
PO Bx 5043
Springfield, IL 62705

Charis A. Runnels
MORGAN LEWIS & BOCKIUS LLP
Sixth Floor
77 W Wacker Dr
Chicago, IL 60601

Charles Groppe
Peter Buscemi
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

_____/s/_____
Julia Penny Clark

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, | ) |
| B.V. Hyler and Steven F. Schaab as Trustees | ) |
| of the United Mine Workers of America 1974 | ) |
| Pension Trust, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-490-PF |
| Freeman United Coal Mining Company, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT
MOTION OF PLAINTIFFS AND DEFENDANT EAST STAR MINING, INC TO
VOLUNTARILY DISMISS DEFENDANT
EAST STAR MINING, INC.**

Plaintffs and Defendant East Star Mining, Inc. ("East Star") have jointly moved,

pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss Defendant East Star from

this action.

Plaintiffs filed their complaint against East Star on March 14, 2007, alleging that

East Star had failed to make mandatory contributions that were due to Plaintiffs.  East

Star answered on May 1, 2007.  Since filing its answer, East Star has agreed, *inter alia*, to

pay the contributions sought by Plaintiffs in this lawsuit, and has in fact made payment

for the period January through April 2007.  Therefore, the movants respectfully request

that this Court dismiss East Star from this action with prejudice as to payments due

through April 30, 2007, except that Plaintiffs have reserved their rights to audit the

amounts due through April 2007 and to bring an action to recover any additional amounts determined to be owed pursuant to such audit.

Respectfully submitted,

_____/s/_____
JULIA PENNY CLARK
D.C. Bar No. 269609
CHARLOTTE GARDEN
D.C. Bar No. 489040
Bredhoff & Kaiser P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Telephone: 202-842-2600


DAVID W. ALLEN
General Counsel
D.C. Bar No. 81638
LARRY D. NEWSOME
Associate General Counsel
D.C. Bar No. 254763
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT
FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone: 202-521-2238

*Attorneys for Plaintiffs*

/s/ Jeffrey B. Cohen
JEFFREY B. COHEN
D.C. Bar No. 347880
JCohen@ipbtax.com
JONATHAN ZIMMERMAN
D.C. Bar No. 491808

JZimmeran@ipbtax.com
IVINS, PHILLIPS & BARKER
1700 Pennsylvania Ave., N.W., Suite 600
Washington, DC 20006
Phone: (202) 393-7600
Fax:    (202) 393-7601
ATTORNEYS FOR DEFENDANT EAST
STAR MINING, INC.

Dated:  June 21, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Michael H. Holland, Micheal W. Buckner,          )
B.V. Hyler and Steven F. Schaab as Trustees       )
of the United Mine Workers of America 1974        )
Pension Trust,                                                    )
                                                                        )
                              Plaintiffs,                           )
                                                                        )
                         v.                                           )
                                                                        )      Civil Action No. 07-490-PF
                                                                        )
Freeman United Coal Mining Company,             )
et al.                                                                 )
                                                                        )
                              Defendants.                         )
_____)

## PROPOSED ORDER

        The Joint Motion of Plaintiffs and Defendant East Star Mining, Inc. to Voluntarily

Dismiss Defendant East Star Mining, Inc. is hereby GRANTED; Defendant East Star

Mining, Inc. is hereby dismissed from the above-captioned lawsuit, with prejudice as to

payments due through April 30, 2007, except as set forth in the Memorandum

accompanying the Joint Motion.


_____                         _____
Date                                                        Judge Paul L. Friedman