IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHEAL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>            Plaintiffs,<br><br>v.<br><br>FREEMAN UNITED COAL MINING COMPANY, EAST STAR MINING, INC., MONTEREY COAL COMPANY,<br>            Defendants. | CASE No. 1:07-cv-00490-PLF |

**PLAINTIFFS' AND DEFENDANTS' JOINT STATUS REPORT
AND MOTION FOR CONSOLIDATION**

Plaintiffs Michael H. Holland, Micheal W. Buckner, B.V. Hyler, and Steven F. Schaab ("1974 Pension Trust") and Defendants, Freeman United Coal Mining Company ("Freeman") and Monterey Coal Company ("Monterey") collectively submit this joint status report in accordance with this Court's May 7, 2007 Order.

As Plaintiffs previously advised this Court, on May 25, 2007, the District Court for the Central District of Illinois transferred the related action, Case No. 07-3048, *Freeman Coal Mining Company v. United Mine Workers of America*, *et al*., to this Court. That case was docketed by the Clerk of this Court on June 13, 2007, as Case No. 1:07-cv-01050-PLF.

The parties hereby move this Court to consolidate Case No. 1:07-cv-01050-PLF with this action. The parties represent that they have consulted with counsel for the additional parties involved in Case No. 1:07-cv-01050, the United Mine Workers of America ("UMWA") and the Bituminous Coal Operators' Association ("BCOA"), and that these parties consent to the consolidation.

Plaintiffs also wish to advise this Court that they will be filing a Notice of Dismissal as to Defendant East Star Mining, Inc. ("East Star"). All parties consent to this dismissal. Thus, East Star is not participating in this Joint Status Report and Motion for Consolidation.

Given the procedural differences in the two cases, the parties suggest that the Court provide guidance about the schedule upon which they will proceed, either by Order or at a status conference.

Respectfully submitted this 21st day of June:

By: /s/ Julia Penny Clark

Julia Penny Clark
DC Bar No. 269609
Charlotte Garden
DC Bar No. 489040
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com

David W. Allen
DC Bar No. 81638
Larry D. Newsome
DC Bar No. 254763
Christopher F. Clarke
DC Bar No. 441708
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, NW
Washington, DC 20037
Telephone: (202) 521-2238
Facsimile: (202) 842-1888
cclarke@umwafunds.org

*Counsel for Plaintiffs 1974 Pension Trust*

By: /s/ Paul M. Smith

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK, LLP
601 13th Street, NW
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Michael W. Robinson
DC Bar No. 437979
Gregory J. Ossi
DC Bar No. 460243
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
mwrobinson@venable.com
gjossi@venable.com

*Counsel for Defendant Freeman*

By: __/s/ John R. Woodrum_____

John R. Woodrum
DC Bar No. 933457
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, PC
2400 N Street, NW, Fifth Floor
Washington, DC 20037
Telephone: (202)887-0800
Facsimile: (202) 887-0866
john.woodrum@ogletreedeakins.com

*Counsel for Defendant Monterey*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of June, 2007 I electronically filed the foregoing Joint Status Report and Motion for Consolidation using the CM/ECF system, which will send notification of such filing to the attorneys of record on this case as listed below.

                                                               /s/ Paul M. Smith

Julia Penny Clark
DC Bar No. 269609
Charlotte Garden
DC Bar No. 489040
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com

David W. Allen
DC Bar No. 81638
Larry D. Newsome
DC Bar No. 254763
Christopher F. Clarke
DC Bar No. 441708
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, DC 20037
Telephone: (202) 521-2238
Facsimile: (202) 842-1888
cclarke@umwafunds.org

*Counsel for Plaintiffs 1974 Pension Trust*

Jeffrey B. Cohen
DC Bar No. 347880
IVINS, PHILLIPS & BARKER
1700 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20006
Telephone: (202) 393-7600
Facsimile: (202) 393-7601
jcohen@ipbtax.com

*Counsel for Defendant East Star Mining, Inc.*

John R. Woodrum
DC Bar No. 933457
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
2400 N Street
Fifth Floor
Washington, DC 20037
Telephone: (202) 887-0800
Facsimile: (202) 887-0866
john.woodrum@ogletreedeakins.com

*Counsel for Defendant Monterey Coal Company*