IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHEAL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>          Plaintiffs,<br><br>v.<br><br>FREEMAN UNITED COAL MINING COMPANY, EAST STAR MINING, INC., MONTEREY COAL COMPANY,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE No. 1:07-cv-00490-PLF<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AND DEFENDANTS' JOINT STATUS REPORT
AND MOTION FOR CONSOLIDATION**

Plaintiffs Michael H. Holland, Micheal W. Buckner, B.V. Hyler, and Steven F. Schaab ("1974 Pension Trust") and Defendants, Freeman United Coal Mining Company ("Freeman") and Monterey Coal Company ("Monterey") collectively submit this joint status report in accordance with this Court's May 7, 2007 Order.

As Plaintiffs previously advised this Court, on May 25, 2007, the District Court for the Central District of Illinois transferred the related action, Case No. 07-3048, *Freeman Coal Mining Company v. United Mine Workers of America*, *et al.*, to this Court. That case was docketed by the Clerk of this Court on June 13, 2007, as Case No. 1:07-cv-01050-PLF.

The parties hereby move this Court to consolidate Case No. 1:07-cv-01050-PLF with this action. The parties represent that they have consulted with counsel for the additional parties involved in Case No. 1:07-cv-01050, the United Mine Workers of America ("UMWA") and the Bituminous Coal Operators' Association ("BCOA"), and that these parties consent to the consolidation.

Plaintiffs also wish to advise this Court that they will be filing a Notice of Dismissal as to Defendant East Star Mining, Inc. ("East Star"). All parties consent to this dismissal. Thus, East Star is not participating in this Joint Status Report and Motion for Consolidation.

Given the procedural differences in the two cases, the parties suggest that the Court provide guidance about the schedule upon which they will proceed, either by Order or at a status conference.

Respectfully submitted this 21st day of June:

By:  /s/ Julia Penny Clark                      By:   /s/ Paul M. Smith

Julia Penny Clark
DC Bar No. 269609
Charlotte Garden
DC Bar No. 489040
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK, LLP
601 13th Street, NW
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

David W. Allen
DC Bar No. 81638
Larry D. Newsome
DC Bar No. 254763
Christopher F. Clarke
DC Bar No. 441708
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, NW
Washington, DC 20037
Telephone: (202) 521-2238
Facsimile: (202) 842-1888
cclarke@umwafunds.org

Michael W. Robinson
DC Bar No. 437979
Gregory J. Ossi
DC Bar No. 460243
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
mwrobinson@venable.com
gjossi@venable.com

*Counsel for Defendant Freeman*

*Counsel for Plaintiffs 1974 Pension Trust*

By:  __/s/ John R. Woodrum_____

John R. Woodrum
DC Bar No. 933457
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, PC
2400 N Street, NW, Fifth Floor
Washington, DC 20037
Telephone:  (202)887-0800
Facsimile: (202) 887-0866
john.woodrum@ogletreedeakins.com

*Counsel for Defendant Monterey*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of June, 2007 I electronically filed the foregoing Joint Status Report and Motion for Consolidation using the CM/ECF system, which will send notification of such filing to the attorneys of record on this case as listed below.

      /s/ Paul M. Smith

Julia Penny Clark
DC Bar No. 269609
Charlotte Garden
DC Bar No. 489040
BREDHOFF & KAISER, PLLC
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
jpclark@bredhoff.com
cgarden@bredhoff.com

David W. Allen
DC Bar No. 81638
Larry D. Newsome
DC Bar No. 254763
Christopher F. Clarke
DC Bar No. 441708
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, DC 20037
Telephone: (202) 521-2238
Facsimile: (202) 842-1888
cclarke@umwafunds.org

*Counsel for Plaintiffs 1974 Pension Trust*

Jeffrey B. Cohen
DC Bar No. 347880
IVINS, PHILLIPS & BARKER
1700 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20006
Telephone: (202) 393-7600
Facsimile: (202) 393-7601
jcohen@ipbtax.com

*Counsel for Defendant East Star Mining, Inc.*

John R. Woodrum
DC Bar No. 933457
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
2400 N Street
Fifth Floor
Washington, DC 20037
Telephone: (202) 887-0800
Facsimile: (202) 887-0866
john.woodrum@ogletreedeakins.com

*Counsel for Defendant Monterey Coal Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>    Plaintiffs, | )<br>)<br>)<br>)<br>)<br>) | |
| v. | ) | CASE No. 1:07-cv-00490-PLF |
| | ) | |
| FREEMAN UNITED COAL MINING COMPANY, EAST STAR MINING, INC., MONTEREY COAL COMPANY,<br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>) | |

**[PROPOSED] ORDER ON PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR CONSOLIDATION**

This cause having come before the Court on the joint motion of Plaintiffs Michael H. Holland, Micheal W. Buckner, B.V. Hyler, and Steven F. Schaab ("1974 Pension Trust") and Defendants, Freeman United Coal Mining Company ("Freeman") and Monterey Coal Company ("Monterey") to consolidate Case No. 1:07-cv-00490-PLF with Case No. 1:07-cv-01050-PLF and the Court having considered the same, it is hereby

ORDERED and ADJUDGED that Case No. 1:07-cv-00490 and Case No. 1:07-cv-01050-PLF are hereby consolidated.

Entered this _____ day of _____, 2007.

                        _____
                        The Honorable Paul L. Friedman

Copies to:

Paul M. Smith
DC Bar No. 358870
psmith@jenner.com
Jessica Ring Amunson
DC Bar No. 497223
jamunson@jenner.com
JENNER & BLOCK, LLP
601 13th Street, NW, Suite 1200
Washington, DC  20005
Telephone:  (202) 639-6000
Facsimile:  (202) 661-4993

Susan C. Levy
slevy@jenner.com
Aaron M. Forester
aforester@jenner.com
JENNER & BLOCK, LLP
330 N. Wabash Avenue
Chicago, IL  60611
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

Michael W. Robinson
DC Bar No. 437979
mwrobinson@venable.com
Gregory J. Ossi
DC Bar No. 460243
gjossi@venable.com
David S. Smith
dssmith@venable.com
VENABLE, LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone:  (703) 760-1600
Facsimile:  (703) 821-8949

*Counsel for Freeman United Coal Mining Company*

Julia Penny Clark
DC Bar No. 269609
jpclark@bredhoff.com
Charlotte Garden
cgarden@bredhoff.com
DC Bar No. 489040
Devki Kaur Virk
dvirk@bredhoff.com
BREDHOFF & KAISER, PLLC
805 Fifteenth Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile:  (202) 842-1888

David W. Allen
DC Bar No. 81638
dallen@umwafunds.org
Larry D. Newsome
DC Bar No. 254763
lnewsome@umwafunds.org
Christopher F. Clarke
DC Bar No. 441708
cclarke@umwafunds.org
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, NW
Washington, DC 20037
Telephone: (202) 521-2238

*Counsel for 1974 Pension Trust*

2

Jeffrey B. Cohen
DC Bar No. 347880
jcohen@ipbtax.com
Jonathan Zimmerman
DC Bar No. 491808
jzimmerman@ipbtax.com
IVINS, PHILLIPS & BARKER
1700 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
Telephone:  (202) 393-7600
Facsimile:  (202) 393-7601

*Counsel for East Star Mining, Inc.*

John R. Woodrum
D.C. Bar No. 933457
john.woodrum@odnss.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
2400 N Street, Fifth Floor
Washington, DC 20037
Telephone:  (202) 887-0855
Facsimile: (202) 887-0866

*Counsel for Monterey Coal Company*

Peter Buscemi
DC Bar No. 269092
pbuscemi@morganlewis.com
Stanley F. Lechner
slechner@morganlewis.com
DC Bar No. 370986
Charles P. Groppe
DC Bar No. 464035
cgroppe@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW, 7th Floor
Washington, DC 20004-2541
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001

*Counsel for Bituminous Coal Operators' Association, Inc.*

John R. Mooney
DC Bar No. 375886
jmooney@mooneygreen.com
Mark J. Murphy
DC Bar No. 453060
mmurphy@mooneygreen.com
Richard Carey Welch
rwelch@mooneygreen.com
MOONEY, GREEN, BAKER, SAINDON, PC
1920 L Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 783-0010
Facsimile:  (202) 783-6088

Grant Crandall
Deborah Stern
UNITED MINE WORKERS OF AMERICA
8315 Lee Highway
Fairfax, VA  22031
Telephone:  (703) 208-7200

*Counsel for United Mine Workers of America*