AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB )
)
        Plaintiff(s) )  **APPEARANCE**
)
)
        vs. )  CASE NUMBER   1:07-cv-00490
FREEMAN UNITED COAL MINING )
COMPANY, et al. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jessica Ring Amunson   as counsel in this
        (Attorney's Name)

case for:   Freeman United Coal Mining Company
        (Name of party or parties)

June 21, 2007
Date

*[signature]*
Signature

D.C. Bar No. 497223
BAR IDENTIFICATION

Jessica Ring Amunson
Print Name

Jenner & Block, LLP, 601 13th Street, NW
Address

Suite 1200, Washington DC 20005
City     State     Zip Code

(202) 639-6000
Phone Number

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of June, 2007 I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such filing to the attorneys of record on this case as listed below.

                                                                   /s/ Jessica Ring Amunson

| | |
|---|---|
| Julia Penny Clark<br>D.C. Bar No. 269609<br>Charlotte Garden<br>D.C. Bar No. 489040<br>BREDHOFF & KAISER P.L.L.C.<br>805 Fifteenth Street N.W.<br>Suite 1000<br>Washington, DC 20005<br>Telephone: (202) 842-2600<br>Facsimile: (202) 842-1888<br>jpclark@bredhoff.com<br><br>David W. Allen<br>D.C. Bar No. 81638<br>Larry D. Newsome<br>D.C. Bar No. 254763<br>Christopher F. Clarke<br>D.C. Bar No. 441708<br>UMWA HEALTH & RETIREMENT FUNDS<br>Office of the General Counsel<br>2121 K Street, N.W.<br>Washington, D.C. 20037<br>Telephone: 202-521-2238<br>Facsimile: (202) 842-1888<br>cclarke@umwafunds.org<br><br>***Attorneys for Plaintiffs 1974 Pension Trust*** | Jeffrey B. Cohen<br>D.C. Bar No. 347880<br>IVINS, PHILLIPS & BARKER<br>1700 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20006<br>Telephone: (202) 393-7600<br>Facsimile: (202) 393-7601<br>jcohen@ipbtax.com<br><br>***Attorney for Defendant East Star Mining, Inc.***<br><br>John R. Woodrum<br>D.C. Bar No. 933457<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>2400 N Street<br>Fifth Floor<br>Washington, DC 20037<br>Telephone: (202)887-0800<br>Facsimile: (202) 887-0866<br>john.woodrum@ogletreedeakins.com<br><br>***Attorney for Defendant Monterey Coal Company*** |