# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Freeman United Coal Mining Company, et al., )<br><br>Defendants. ) | Case No. 07-cv-490<br>Judge Paul L. Friedman |
| Freeman United Coal Mining Company, )<br><br>Plaintiff, )<br><br>v. )<br><br>United Mineworkers of America, et al., )<br><br>Defendants. ) | Case No. 07-cv-1050<br>Judge Paul L. Friedman |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6, Attorney Andrew D. Roth hereby submits notice of appearance as counsel for Defendants United Mine Workers of America 1974 Pension Fund and Fund Trustees Michael H. Holland, Micheal W. Buckner, Steven F. Schaab, and B.V. Hyler (collectively, the "1974 Pension Trust") in the above-captioned matter.

        Respectfully submitted,

        _____/s/_____
JULIA PENNY CLARK
D.C. Bar No. 269609
ANDREW D. ROTH
D.C. Bar No. 414038
CHARLOTTE GARDEN
D.C. Bar No. 489040
Bredhoff & Kaiser P.L.L.C.
805 Fifteenth Street N.W.
Suite 1000
Washington, DC 20005
Telephone:  202-842-2600


DAVID W. ALLEN
General Counsel
D.C. Bar No. 81638
LARRY D. NEWSOME
Associate General Counsel
D.C. Bar No. 254763
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone:  202-521-2238
  *Attorneys for Plaintiffs*

Dated:  June 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2007, I filed the foregoing Notice of Appearance via ECF, causing the Motion to be served electronically on counsel for the following parties:

FREEMAN UNITED COAL MINING COMPANY
c/o Thomas A. Korman
222 N LaSalle St., 8th Floor
Chicago, IL 60601

MONTEREY COAL COMPANY
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

UNITED MINE WORKERS OF AMERICA
8315 Lee Highway
Fairfax, VA 22031

BITUMINOUS COAL OPERATORS' ASSOCIATION, INC.
1500 K Street NW
Suite 875
Washington, DC 20005

/s/
Julia Penny Clark