# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

Michael H. Holland, Micheal W. Buckner,     )
B.V. Hyler and Steven F. Schaab as Trustees     )
of the United Mine Workers of America 1974     )
Pension Trust,     )
     )
     Plaintiffs,     )
     )
    v.     )
     )  Case No. 07-cv-490
Freeman United Coal Mining Company,     )  Judge Paul L. Friedman
et al.,     )
     )
     Defendants.     )
_____)

## NOTICE OF APPEARANCE

   Pursuant to Local Rule 83.6, Attorney Charlotte Garden hereby submits notice of

appearance as counsel for Defendants United Mine Workers of America 1974 Pension

Fund and Fund Trustees Michael H. Holland, Micheal W. Buckner, Steven F. Schaab,

and B.V. Hyler (collectively, the "1974 Pension Trust")  in the above-captioned matter.


        Respectfully submitted,


        _____/s/_____
        JULIA PENNY CLARK
        D.C. Bar No. 269609
        ANDREW D. ROTH
        D.C. Bar No. 414038
        CHARLOTTE GARDEN
        D.C. Bar No. 489040
        Bredhoff & Kaiser P.L.L.C.
        805 Fifteenth Street N.W.
        Suite 1000
        Washington, DC 20005
        Telephone:  202-842-2600

DAVID W. ALLEN
General Counsel
D.C. Bar No. 81638
LARRY D. NEWSOME
Associate General Counsel
D.C. Bar No. 254763
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT
FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone:  202-521-2238
  *Attorneys for Plaintiffs*

Dated:  June 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2007, I filed the foregoing Notice of Appearance via ECF, causing the Motion to be served electronically on counsel for the following parties:

FREEMAN UNITED COAL MINING COMPANY
c/o Thomas A. Korman
222 N LaSalle St., 8th Floor
Chicago, IL 60601

MONTEREY COAL COMPANY
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

UNITED MINE WORKERS OF AMERICA
8315 Lee Highway
Fairfax, VA 22031

BITUMINOUS COAL OPERATORS' ASSOCIATION, INC.
1500 K Street NW
Suite 875
Washington, DC 20005


_____/s/_____
Julia Penny Clark