UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0490 (PLF) |
| ) | |
| FREEMAN UNITED COAL MINING CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| FREEMAN UNITED COAL MINING CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1050 (PLF) |
| ) | |
| UNITED MINE WORKERS OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

SCHEDULING ORDER

The parties appeared for a meet and confer status conference on July 19, 2007. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

      1.    Any motion to amend the pleadings or join additional parties shall be made by August 9, 2007.

      2.    Fact discovery with respect to liability (and not damages, or expert discovery) shall be completed by January 18, 2008. No discovery with respect to damages and no expert discovery shall take place unless by agreement of the parties or Order of the Court.

Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of fact discovery by this date. As discussed at the status conference, management of discovery and resolution of discovery disputes in these matters will be referred to Magistrate Judge Alan Kay.

3. There will be no limits on discovery other than those specified in the Federal Rules of Civil Procedure and the Local Rules. These limits will apply in the aggregate to each side, treating the 1974 Pension Trust, BCOA and UMWA as one side and Freeman and Monterey as the other side.

4. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure are dispensed with.

5. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. Counsel shall not file a discovery motion without a prior conference with opposing counsel.

6. Any party may file a motion for summary judgment or partial judgment at any time. The timing for the filing of oppositions and replies will be governed by the Rules unless otherwise agreed to by the parties.

7. A further status conference is scheduled for January 24, 2008 at 9:30 a.m.

8. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

   9. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  <u>See</u> LCvR 7.  The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

   SO ORDERED.


              _____/s/_____
              PAUL L. FRIEDMAN
              United States District Judge

DATE:  July 20, 2007