A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|   |   |   |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|   | ) |   |
| vs. | ) | CASE NUMBER |
|   | ) |   |
| Defendant(s) | ) |   |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                      (Attorney's Name)

case for:_____
                          (Name of party or parties)

_____          /s/ Gregory J. Ossi
Date                                              Signature

                                                  _____
_____          Print Name
BAR IDENTIFICATION
                                                  _____
                                                  Address

                                                  _____
                                                  City         State         Zip Code

                                                  _____
                                                  Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2007 I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such filing to the attorneys of record on this case as listed below.

Julia Penny Clark
D.C. Bar No. 2696-9
Charlotte Garden
D.C. Bar No. 389040
Bredhoff & Kaiser P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005

David W. Allen
D.C. Bar No. 8i1638
Larry D. Newsome
D.C. Bar No. 254763
Christopher F. Clarke
D.C. Bar No. 441708
U&MWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, DC  20037

***Attorneys for Plaintiffs 1974 Pension Trust***

John R. Woodrum
D.C. Bar No. 933457
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N. Street
Fifth Floor
Washington, DC  20037

***Attorney for Defendant Monterey Coal Company***

　　　　　　　　　/s/ Gregory J. Ossi