UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 07-0490 (PLF) |
| FREEMAN UNITED COAL MINING CO., *et al.*, ) | |
| Defendants. ) | |
| FREEMAN UNITED COAL MINING CO., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1050 (PLF) |
| UNITED MINE WORKERS OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

REFERRAL ORDER

On July 19, 2007, the parties came before the Court for a status conference. At that conference the Court informed the parties that it was referring these consolidated actions to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Kay for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Kay following the case number in the caption. On any other filings in this case, the parties shall place

only the initials of Judge Paul L. Friedman after the case number.

    SO ORDERED.

                                        _____/s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:  July 20, 2007