**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
Michael H. Holland, Micheal W. Buckner, )
B.V. Hyler and Steven F. Schaab as Trustees )
of the United Mine Workers of America 1974 )
Pension Trust,                          )
                Plaintiffs,             )
                                        )
        v.                              )
                                        )   Case No. 07-cv-00490 (PLF/AK)
Freeman United Coal Mining Company, et al., )
                                        )
                Defendants.             )
_____)
                                        )
Freeman United Coal Mining Company,     )
                                        )
                Plaintiff,              )   Case No. 07-cv-01050 (PLF/AK)
                                        )
        v.                              )
                                        )
United Mine Workers of America, et al., )
                                        )
                Defendants.             )
_____)

**FREEMAN UNITED COAL MINING COMPANY'S MOTION TO SET THE**
**SUMMARY JUDGMENT BRIEFING SCHEDULE**

On September 7, 2007, Michael H. Holland, Micheal W. Buckner, B.V. Hyler, and Steven F. Schaab, in their capacity as Trustees of the United Mine Workers of America 1974 Pension Trust ("1974 Pension Trust"), and the United Mine Workers of America ("UMWA") served Freeman United Coal Mining Company ("Freeman") with motions for summary judgment. On September 10, 2007, the Bituminous Coal Association of America ("BCOA") also served Freeman with a motion for summary judgment. Freeman hereby requests an extension of time to answer said motions up to and including October 22, 2007.

As this Court may recall, following the status conference hearing on July 19, 2007, the court ruled that "[a]ny party may file a motion for summary judgment or partial judgment at any time" and that the "timing for the filing of oppositions and replies will be governed by the Rules unless otherwise agreed to by the parties." Ex. A (Order at 2 (July 20, 2007)). Freeman is now faced with responding to three parties' motions for summary judgment. These motions raise a variety of legal and factual issues and include voluminous exhibits. In sum, the opposing parties' summary judgment filings total more than 400 pages. Freeman has requested six weeks to file its oppositions (making them due October 22, 2007) and has suggested that the opposing parties file reply briefs three weeks later (on November 13, 2007).

Freeman proposed this briefing schedule to opposing counsel on September 11, 2007 (one day after receiving BCOA's motion for summary judgment). Opposing counsel responded on September 13, 2007, and refused to consent to an extension unless Freeman agreed to a variety of conditions on discovery that are inconsistent with this Court's scheduling order of July 20, 2007, establishing that there would be "no limits on discovery other than those specified in the Federal Rules of Civil Procedure and the Local Rules." Ex. A (Order at 2 (July 20, 2007). Freeman respectfully requests that this Court grant its request for an extension over the opposing parties' objections.

          Respectfully submitted,

           /s/ Paul M. Smith

          Paul M. Smith
          DC Bar No. 358870
          Jessica Ring Amunson
          DC Bar No. 497223
          JENNER & BLOCK LLP
          601 13th Street, NW

Washington, DC 20005
Tel:   (202) 639-6000
Fax:   (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Susan C. Levy (*pro hac vice*)
JENNER & BLOCK LLP
333 North Wabash Avenue
Chicago, IL 60611
Tel:   (312) 923-2772
Fax:   (312) 840-7772
slevy@jenner.com

Michael W. Robinson
DC Bar No. 437979
Gregory J. Ossi
DC Bar No. 460243
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel:   (703) 760-1600
Fax:   (703) 812-8949
mwrobinson@jenner.com
gjossi@jenner.com

*Counsel for Freeman United*
*Coal Mining Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2007, I served the foregoing Freeman's Motion to Set the Summary Judgment Briefing Schedule by this court's ECF system, which caused copies of this motion to be sent to counsel of record in this consolidated litigation.

_____/s/Paul M. Smith_____
Paul M. Smith

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
Michael H. Holland, Micheal W. Buckner,     )
B.V. Hyler and Steven F. Schaab as Trustees )
of the United Mine Workers of America 1974  )
Pension Trust,                              )
                                            )
              Plaintiffs,                   )
       v.                                   )
                                            )  Case No. 07-cv-00490 (PLF/AK)
Freeman United Coal Mining Company, et al., )
                                            )
              Defendants.                   )
_____)
                                            )
Freeman United Coal Mining Company,         )
                                            )
              Plaintiff,                    )  Case No. 07-cv-01050 (PLF/AK)
       v.                                   )
                                            )
United Mine Workers of America, et al.,     )
                                            )
              Defendants.                   )
_____)

**[PROPOSED] ORDER ON FREEMAN'S MOTION TO SET THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

This cause having come before the Court on the motion of Freeman United Coal Mining Company to Set the Summary Judgment Briefing Schedule and the Court having considered the same, it is hereby ORDERED and ADJUDGED that Freeman's motion is granted.  Freeman shall file its responses and oppositions to the motions for summary judgment filed by the 1974 Pension Trust, BCOA, and UMWA, by October 22, 2007.  The 1974 Pension Trust, BCOA, and UMWA shall file their replies by November 13, 2007.

    Entered this _____ day of _____, 2007.

                                            _____
                                            The Honorable Alan Kay, Magistrate Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL H. HOLLAND, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FREEMAN UNITED COAL MINING CO., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 07-0490 (PLF) |
| FREEMAN UNITED COAL MINING CO.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MINE WORKERS OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 07-1050 (PLF) |

## SCHEDULING ORDER

The parties appeared for a meet and confer status conference on July 19, 2007. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

　　　　1.　　Any motion to amend the pleadings or join additional parties shall be made by August 9, 2007.

　　　　2.　　Fact discovery with respect to liability (and not damages, or expert discovery) shall be completed by January 18, 2008. No discovery with respect to damages and no expert discovery shall take place unless by agreement of the parties or Order of the Court.

Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of fact discovery by this date. As discussed at the status conference, management of discovery and resolution of discovery disputes in these matters will be referred to Magistrate Judge Alan Kay.

3. There will be no limits on discovery other than those specified in the Federal Rules of Civil Procedure and the Local Rules. These limits will apply in the aggregate to each side, treating the 1974 Pension Trust, BCOA and UMWA as one side and Freeman and Monterey as the other side.

4. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure are dispensed with.

5. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. Counsel shall not file a discovery motion without a prior conference with opposing counsel.

6. Any party may file a motion for summary judgment or partial judgment at any time. The timing for the filing of oppositions and replies will be governed by the Rules unless otherwise agreed to by the parties.

7. A further status conference is scheduled for January 24, 2008 at 9:30 a.m.

8. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

9.  Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 20, 2007