UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>Plaintiffs,<br><br>v.<br><br>FREEMAN UNITED COAL MINING COMPANY, et al.,<br><br>Defendants. | CASE NO. 1:07-cv-00490-PLF/AK) |
| FREEMAN UNITED COAL MINING COMPANY,<br><br>Plaintiff<br><br>v.<br><br>UNITED MINE WORKERS OF AMERICA, et al.,<br><br>Defendants. | CASE NO. 1:07-cv-01050 (PLF/AK) |

MONTEREY COAL COMPANY'S MOTION
TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE

By Motion filed this date, Freeman United Coal Mining Company (Freeman United), co-Defendant in Case No. 07-cv-00490 with Monterey Coal Company (Monterey), requested an extension of time to and including October 22, 2007 to answer summary judgment motions filed by the Plaintiffs in the above-referenced actions. The Summary Judgment Motion filed by the Trustees of the UMWA 1974 Pension Trust in Case No. 07-cv-00490 was filed jointly against Freeman United and Monterey.

For the reasons set forth in Freeman United's motion, Monterey similarly requests that the Court set October 22, 2007 as the date for Monterey to file its response to the Trustees' Motion for Summary Judgment.

All of the arguments advanced in the Trustees' Motion for Summary Judgment apply equally to Freeman United and to Monterey. Therefore, it is in the interest of judicial economy and case management that response dates for co-Defendants Freeman United and Monterey are uniform.

                                          Respectfully submitted,

                                          _____/s/_____
                                          John R. Woodrum
                                          D.C. Bar No. 933457
                                          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                          Fifth Floor
                                          2400 N Street, N.W.
                                          Washington, DC  20037
                                          john.woodrum@odnss.com
                                          Phone:  (202) 887-0855
                                          Fax:     (202) 887-0866

Dated: September 14, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>Plaintiffs,<br><br>v.<br><br>FREEMAN UNITED COAL MINING COMPANY, et al.,<br><br>Defendants. | CASE NO. 1:07-cv-00490-PLF/AK) |
| FREEMAN UNITED COAL MINING COMPANY,<br><br>Plaintiff<br><br>v.<br><br>UNITED MINE WORKERS OF AMERICA, et al.,<br><br>Defendants. | CASE NO. 1:07-cv-01050 (PLF/AK) |

[PROPOSED] ORDER ON MONTEREY COAL COMPANY'S
MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE

It is hereby Ordered that Monterey Coal Company's Opposition to the Motion for Summary Judgment filed by the Trustees of the UMWA 1974 Pension Trust shall be filed on or before October 22, 2007. The Trustees reply thereto shall be filed on or before November 13, 2007.

Entered this ___ day of _____, 2007.

_____
Honorable Alan Kay, Magistrate Judge

3