UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Michael W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>　　　　　　Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>United Mine Workers of America, et al.,<br><br>　　　　　　Defendants. | Case No. 07-cv-01050 (PLF/AK) |

### MONTEREY COAL COMPANY'S
### MOTION PURSUANT TO RULE 56(f)

Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, Defendant, Monterey Coal Company ("Monterey"), respectfully moves that this Honorable Court deny the motion for summary judgment filed by Michael H. Holland, Michael W. Buckner, B.V. Hyler, and Steven F. Schaab, in their capacity as Trustees of the United Mine Workers of America 1974 Pension Trust ("Trustees") in order to permit completion of necessary discovery by Monterey.

The grounds for granting of said motion are set forth in the accompanying Monterey Coal Company's Memorandum Of Points And Authorities In Opposition To The Motion For Summary Judgment Filed By The Trustees Of The United Mine Workers Of America 1974

Pension Trust And In Support Of Monterey's Motion For An Order Denying The Motion For Summary Judgment Filed By The 1974 Pension Trust, Pending The Completion Of Discovery.

WHEREFORE, Monterey respectfully states that the Motion for Summary Judgment filed by Michael H. Holland, Michael W. Buckner, B.V. Hyler, and Steven F. Schaab, in their capacity as Trustees of the United Mine Workers of America 1974 Pension Trust ("Trustees") should be denied in order to permit completion of necessary discovery.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  John R. Woodrum, D.C. Bar No. 933457
                                                  Ogletree, Deakins, Nash, Smoak
                                                       & Stewart, P.C.
                                                  Fifth Floor
                                                  2400 N Street, N.W.
                                                  Washington, DC  20037
                                                  john.woodrum@odnss.com
                                                  Phone:  (202) 887-0855

                                                  *Counsel for Monterey Coal Company*

Dated: October 22, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Michael W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>　　　　　Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United Mine Workers of America, et al.,<br><br>　　　　　Defendants. | Case No. 07-cv-01050 (PLF/AK) |

**PROPOSED ORDER GRANTING MONTEREY
COAL COMPANY'S MOTION PURSUANT TO RULE 56(f)**

This matter comes before the Court on Monterey Coal Company's Motion that the Court Deny Trustees' Motion for Summary Judgment pursuant to Rule 56(f).

The Court having reviewed the pleadings and arguments of the parties, it is hereby ORDERED this ___ day of _____, 2007 that said Motion pursuant to Rule 56(f) should be, and is hereby, granted and the Trustees' Motion for Summary Judgment is denied.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge