IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Holland, et al., <br><br> Plaintiff, <br><br> v. <br><br> Freeman United Coal Mining Company, et al., <br><br> Defendants. | Case No. 07-cv-490 (PLF) |
| Freeman United Coal Mining Company, <br><br> Plaintiff, <br><br> v. <br><br> United Mine Workers of America, et al., <br><br> Defendants. | Case No. 07-cv-1050 (PLF) |

## BCOA'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7 and 56.1, Defendant Bituminous Coal Operators' Association, Inc. ("BCOA") submits this reply memorandum in support of its motion for summary judgment against Plaintiff Freeman United Coal Mining Company ("Freeman") in Case No. 07-cv-1050.

It is important at the outset to underscore the many points that Freeman does not challenge. They include:

1.      Freeman is bound by the evergreen clause.