UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Michael W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>        Plaintiffs,<br><br>v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>        Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>        Plaintiff,<br><br>v.<br><br>United Mine Workers of America, et al.,<br><br>        Defendants. | Case No. 07-cv-01050 (PLF/AK) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of William I. Althen as counsel in this case for Monterey Coal Company.

                                                      /s/
                                        William I. Althen
                                        Bar Identification No. 122523
                                        Ogletree, Deakins, Nash, Smoak
                                            & Stewart, PC
                                            Fifth Floor
                                        2400 N Street, N.W.
                                        Washington, DC   20037
                                        william.althen@odnss.com
                                        Phone:  (202) 887-0855

Dated: November 20, 2007