**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
Michael H. Holland, Micheal W. Buckner,    )
B.V. Hyler and Steven F. Schaab as Trustees )
of the United Mine Workers of America 1974 )
Pension Trust,                                          )
               Plaintiffs,                      )
                                                      )
            v.                                    )
                                                      )  Case No. 07-cv-00490 (PLF/AK)
Freeman United Coal Mining Company, et al., )
                                                      )
               Defendants.                    )
_____)
                                                      )
Freeman United Coal Mining Company,      )
                                                      )
               Plaintiff,                        )  Case No. 07-cv-01050 (PLF/AK)
                                                      )
            v.                                    )
                                                      )
United Mine Workers of America, et al.,       )
                                                      )
               Defendants.                    )
_____)

**FREEMAN UNITED COAL MINING COMPANY'S NOTICE OF FILING UNDER SEAL REGARDING ITS MOTION TO COMPEL DISCOVERY FROM THE BITUMINOUS COAL OPERATORS' ASSOCIATION AND UNITED MINE WORKERS OF AMERICA**

     Freeman United Coal Mining Company ("Freeman") hereby gives notice of a filing under seal pursuant to Local Civil Rule 5.1(j) and the October 2, 2007 Confidentiality Order issued by the Court in the above referenced cases. Two documents referenced in Freeman's Motion to Compel Discovery (Docket 66) as Exhibit I (UMWA Bates numbered 1082-85) and Exhibit J (Consol Bates numbered CCC00571, CCC01149-50, CCC01156, CCC01672, CCC01819-21) were delivered to the Clerk's office for filing under seal. These documents are not available for public viewing.

-2-

Respectfully submitted,

  /s/ Paul M. Smith

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:    (202) 639-6000
Fax:    (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Susan C. Levy (*pro hac vice*)
Aaron M. Forester (*pro hac vice*)
JENNER & BLOCK LLP
333 North Wabash Avenue
Chicago, IL 60611
Tel:    (312) 923-2772
Fax:    (312) 840-7772
slevy@jenner.com
aforester@jenner.com

Michael W. Robinson
DC Bar No. 437979
Gregory J. Ossi
DC Bar No. 460243
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel:    (703) 760-1600
Fax:    (703) 812-8949
mwrobinson@venable.com
gjossi@venable.com

***Counsel for Freeman United Coal Mining Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2007, I served the foregoing via the Court's ECF system, which will provide notification to all counsel of record in these consolidated cases.

Respectfully submitted,

__/s/ Paul M. Smith_____

Paul M. Smith
DC Bar No. 358870
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:    (202) 639-6000
Fax:    (202) 661-4993
psmith@jenner.com

*Counsel for Freeman United Coal Mining Company*