**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
Michael H. Holland, Micheal W. Buckner,   )
B.V. Hyler and Steven F. Schaab as Trustees )
of the United Mine Workers of America 1974 )
Pension Trust,                            )
                                          )
        Plaintiffs,                   )
                                          )
v.                                        )
                                          )   Case No. 07-cv-00490 (PLF/AK)
Freeman United Coal Mining Company, et al., )
                                          )
        Defendants.                   )
_____)
                                          )
Freeman United Coal Mining Company,       )
                                          )
        Plaintiff,                    )   Case No. 07-cv-01050 (PLF/AK)
                                          )
v.                                        )
                                          )
United Mine Workers of America, et al.,   )
                                          )
        Defendants.                   )
_____)

**FREEMAN UNITED COAL MINING COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF THE DISCOVERY DEADLINE AND SUMMARY JUDGMENT BRIEFING SCHEDULE AND REQUEST FOR EXPEDITED RULING ON SAME**

Freeman United Coal Mining Company ("Freeman") hereby moves this Court for an extension of thirty (30) days of the deadline for fact discovery, which is currently set for January 18, 2008. Freeman correspondingly requests that the dates this Court set for supplemental summary judgment briefing following the end of fact discovery be extended by 30 days as well, thereby making Freeman's supplemental opposition to the motions for summary judgment due by March 3, 2008, and any reply to Freeman's opposition due by March 21, 2008.

On December 28, 2007, Magistrate Judge Kay granted Freeman's Motion to Compel Discovery from the Bituminous Coal Operators' Association, Inc. ("BCOA") and United Mine Workers of America ("UMWA"), subject to the limitations set forth in the Court's Memorandum Order. The Court ordered BCOA and the UMWA to supplement their discovery responses within ten days of the Court's Order. [Docket 71 in Case No. 1:07cv00490.] Although the date for the supplementation prescribed by the Court is January 14, 2008, BCOA and UMWA have advised Freeman that they will use their best efforts to produce additional documents to Freeman by January 11, 2008. Consolidated Coal Company ("Consol"), a third party to which Freeman issued a subpoena duces tecum, has advised Freeman that it will produce additional documents consistent with Judge Kay's Order by January 14, 2008. Freeman therefore is faced with receiving additional documents just days before the scheduled discovery cut-off. Freeman is concerned that it will not be able to review these documents and adequately prepare for the depositions it has already noticed of BCOA, UMWA, Consol, and a former Consol employee.

Pursuant to Local Rule 7(m), Freeman has consulted the opposing parties (BCOA, UMWA, and the Trustees of the United Mine Workers of America 1974 Pension Trust) regarding this motion for an extension. Counsel for the opposing parties have authorized Freeman to state that they have no opposition to this motion for an extension of the discovery deadline and corresponding dates for supplemental summary judgment briefing, provided that Freeman agrees that during the period of the 30-day extension, Freeman will not notice additional depositions or issue additional discovery requests unless a need arises for such additional depositions or discovery due to issues raised either in the supplemental documents Freeman receives or in the testimony of the witnesses Freeman deposes.

This is Freeman's first and only motion for an extension.  Freeman respectfully requests that this Court grant Freeman's unopposed motion and that this Court rule on this motion on an expedited basis given the impending deadline for fact discovery.

January 8, 2008                                             Respectfully submitted,

   /s/ Paul M. Smith
Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:    (202) 639-6000
Fax:    (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Susan C. Levy (*pro hac vice*)
JENNER & BLOCK LLP
333 North Wabash Avenue
Chicago, IL 60611
Tel:    (312) 923-2772
Fax:    (312) 840-7772
slevy@jenner.com

Gregory J. Ossi
DC Bar No. 460243
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel:    (703) 760-1600
Fax:    (703) 812-8949
gjossi@venable.com

***Counsel for Freeman United***
***Coal Mining Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2008, I served the foregoing via the Court's ECF system, which will provide notification to all counsel of record in these consolidated cases.

Respectfully submitted,

\_\_/s/ Paul M. Smith_____

Paul M. Smith
DC Bar No. 358870
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:   (202) 639-6000
Fax:   (202) 661-4993
psmith@jenner.com

*Counsel for Freeman United Coal Mining Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>　　　　　Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United Mine Workers of America, et al.,<br><br>　　　　　Defendants. | Case No. 07-cv-01050 (PLF/AK) |

### [PROPOSED] ORDER ON FREEMAN UNITED COAL MINING COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF THE DISCOVERY DEADLINE AND SUMMARY JUDGMENT BRIEFING SCHEDULE

Freeman United Coal Mining Company's ("Freeman's") Unopposed Motion for Extension of the Discovery Deadline and Summary Judgment Briefing Schedule having come before the Court and the Court having considered same it is hereby ORDERED that:

Freeman's Motion is GRANTED. The deadline for fact discovery shall be extended from January 18, 2008 until February 18, 2008. Freeman shall supplement its opposition to the pending motions for summary judgment on or before March 3, 2008. Any reply to said opposition will be due by March 21, 2008.

It is further ORDERED that during the period of the 30-day extension, Freeman shall not notice additional depositions or issue additional discovery requests unless a need arises for such additional depositions or discovery due to issues raised either in the supplemental documents Freeman receives or in the testimony of the witnesses Freeman deposes.

SO ORDERED this _____ day of _____, 2008.

_____