**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>     Plaintiffs,<br><br>v.<br><br>FREEMAN UNITED COAL MINING COMPANY, MONTEREY COAL COMPANY,<br>     Defendants. | No. 1:07-cv-00490-PLF/AK |
| FREEMAN UNITED COAL MINING COMPANY,<br>     Plaintiff,<br><br>v.<br><br>UNITED MINE WORKERS OF AMERICA, BITUMINOUS COAL OPERATORS' ASSOCIATION, INC., and UNITED MINE WORKERS OF AMERICA 1974 PENSION FUND,<br>     Defendants. | No. 1:07-cv-01050-PLF/AK |

**MOTION FOR DANIEL J. WINTERS TO APPEAR *PRO HAC VICE* AS COUNSEL FOR FREEMAN UNITED MINING COAL MINING COMPANY**

Pursuant to Local Rule LCvR 83.2, Freeman United Coal Mining Company hereby moves for Daniel J. Winters to appear *pro hac vice* as counsel, and in support of the motion states as follows:

1.      Counsel, Paul M. Smith, is a member in good standing of the District of Columbia Bar and is admitted to practice before this Court.

2.      Counsel, Gregory J. Ossi, is a member in good standing of the District of Columbia Bar and is admitted to practice before this Court.

3. Counsel, Jessica Ring Amunson, is a member in good standing of the District of Columbia Bar and is admitted to practice before this Court.

4. Daniel J. Winters is a member in good standing of the Bar of the State of Illinois; the U.S. Court of Appeals for the Third and Eleventh Circuits; and the U.S. District Courts of the Northern District of Illinois, the District of Arizona, the Eastern District of Michigan, the Western District of Michigan, and the Southern District of Illinois, as indicated in his Declaration attached hereto as Exhibit A.

6. Mr. Winters has not been disbarred nor suspended from practice in any court in any jurisdiction, nor disciplined in any fashion, as also indicated on Exhibit A.

WHEREFORE, Freeman United Coal Mining Company and Paul M. Smith, Gregory J. Ossi, and Jessica Ring Amunson, counsel, hereby request that this Court admit Daniel J. Winters *pro hac vice* to appear on behalf of Freeman in the above captioned matters.

Respectfully submitted:

FREEMAN UNITED COAL MINING COMPANY

By: __/s/Paul M. Smith_____

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Gregory J. Ossi
DC Bar No. 460243
VENABLE LLP

8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
mwrobinson@venable.com
gjossi@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of January, 2008, I electronically filed the foregoing Motion for Daniel J. Winters to Appear *Pro Hac Vice* as Counsel for Freeman United Coal Mining Company using the CM/ECF system, which will send electronic notification of such filing to the attorneys of record in these consolidated cases as listed in the CM/ECF system.

      /s/ Jessica Ring Amunson
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 639-6000
Facsimile:  (202) 661-4993
jamunson@jenner.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>Plaintiffs,<br><br>v.<br><br>FREEMAN UNITED COAL MINING COMPANY, MONTEREY COAL COMPANY,<br>Defendants. | No. 1:07-cv-00490-PLF |
| FREEMAN UNITED COAL MINING COMPANY,<br>Plaintiff,<br><br>v.<br><br>UNITED MINE WORKERS OF AMERICA, BITUMINOUS COAL OPERATORS' ASSOCIATION, INC., and UNITED MINE WORKERS OF AMERICA 1974 PENSION FUND,<br>Defendants. | No. 1:07-cv-01050-PLF |

**DECLARATION OF DANIEL J. WINTERS TO APPEAR *PRO HAC VICE* AS COUNSEL FOR FREEMAN UNITED MINING COAL MINING COMPANY PURSUANT TO LOCAL RULE LCvR 83.2(d)**

In support of the motion of Freeman United Coal Mining Company for me to appear as counsel on its behalf *pro hac vice*, I, Daniel J. Winters state as follows:

1. My full name is Daniel J. Winters.

2. I am a partner with the law firm of Jenner & Block, LLP. My office address, telephone number, facsimile number and email address are:

> Daniel J. Winters
> JENNER & BLOCK LLP
> 330 N. Wabash Avenue

Chicago, Illinois 60611
Telephone: (312) 923-2985
Facsimile: (312) 840-7385
E-mail: dwinters@jenner.com

3. I am an attorney at law, duly licensed to practice by the Bar of the State of Illinois since 1992. I am also admitted to practice before the U.S. Court of Appeals for the Third and Eleventh Circuits; and the U.S. District Courts of the Northern District of Illinois, the District of Arizona, the Eastern District of Michigan, the Western District of Michigan, and the Southern District of Illinois.

4. I am a member in good standing of the Bar of each Court, as above indicated, to which I have been admitted. I have not been disbarred nor suspended from practice in any court in any jurisdiction, nor disciplined in any fashion.

5. I have not been admitted *pro hac vice* in this District within the past two years.

6. I do not practice from an office located in the District of Columbia. I am not a member of the District of Columbia Bar and I have not applied for membership to the District of Columbia Bar.

I have read the above Declaration consisting of six (6) paragraphs and it is true and correct.

Dated: January 22, 2008

_____
Daniel J. Winters
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Telephone: (312) 923-2985
Facsimile: (312) 840-7385
E-mail: dwinters@jenner.com

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB, as Trustees of the United Mine Workers of America 1974 Pension Trust,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>FREEMAN UNITED COAL MINING COMPANY, MONTEREY COAL COMPANY,<br>　　　　Defendants. | No. 1:07-cv-00490-PLF |
| FREEMAN UNITED COAL MINING COMPANY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MINE WORKERS OF AMERICA, BITUMINOUS COAL OPERATORS' ASSOCIATION, INC., and UNITED MINE WORKERS OF AMERICA 1974 PENSION FUND,<br>　　　　Defendants. | No. 1:07-cv-01050-PLF |

**[PROPOSED] ORDER**

This cause having come before the Court on the motion of Freeman United Coal Mining Company ("Freeman") for Daniel J. Winters to appear *pro hac vice* on its behalf and the Court having considered the same, it is hereby ORDERED and ADJUDGED that the motion is GRANTED and Daniel J. Winters shall be permitted to appear in Case No. 1:07-cv-00490-PLF and Case No. 1:07-cv-01050-PLF on behalf of Freeman.

Entered this _____ day of _____, 2008.

_____
The Honorable Paul L. Friedman