UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>        Plaintiffs,<br><br>v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>        Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>        Plaintiff,<br><br>v.<br><br>United Mine Workers of America, et al.,<br><br>        Defendants. | Case No. 07-cv-01050 (PLF/AK) |

**FREEMAN UNITED COAL MINING COMPANY'S
NOTICE OF FILING SEALED MATERIAL**

Freeman United Coal Mining Company ("Freeman") hereby gives notice of a filing under seal pursuant to Local Civil Rule 5.1(j) and the October 2, 2007 Confidentiality Order issued by the Court in the above referenced cases. Multiple documents referenced in Freeman's Memorandum of Points and Authorities in Support of its Supplemental Opposition to the Motions for Summary Judgment Filed by the 1974 Pension Trust, United Mine Workers of America, and Bituminous Coal Operators' Association, were delivered to the Clerk's office in paper form for filing under seal, as detailed in the following index. These documents are not available for public viewing.

**INDEX TO APPENDIX OF RECORD MATERIALS**

| Tab No. | Document | Appendix No. | Filed Under Seal YES | NO |
|---|---|---|---|---|
| 1. | Transcript – Deposition of J. Brett Harvey - Chief Executive Officer ("CEO") of Consol Energy, Inc. ("Consol") (February 7, 2008) | A001-A030 | ☒ | ☐ |
| 2. | Transcript – Deposition of Patricia Lang - former Vice President ("VP") of Human Resources of Consol Energy, Inc. (January 30, 2008) | A031-A096 | ☒ | ☐ |
| 3. | Transcript – Deposition of Peter J. Lilly - former Chief Operating Officer ("COO") (and current President of the Coal Group) of Consol Energy, Inc. (February 12, 2008) | A097-A188 | ☒ | ☐ |
| 4. | Transcript – Deposition of William J. Lyons - Chief Financial Officer ("CFO") of Consol Energy, Inc. (February 13, 2008) | A189-A227 | ☒ | ☐ |
| 5. | Transcript – Deposition of Donald E. Pierce - Participant in 1978 NBCWA Negotiations (Advisor to Subcommittee on Health and Pension Benefits – UMWA), Former UMWA Funds Trustee, and Former Executive Director of UMWA Funds (January 7, 2008) | A228-A261 | ☐ | ☒ |
| 10. | Declaration of Thomas J. Austin – Vice President of Springfield Coal Co. (October 19, 2007) | A555-A556 | ☐ | ☒ |

| Tab No. | Document | Appendix No. | Filed Under Seal YES | NO |
|---|---|---|---|---|
| 11. | Second Declaration of Thomas J. Austin (March 11, 2008) | A557-A562.28 | ☐ | ☒ |
| 12. | Declaration of William D. Stanhagen (former Consol Executive) (October 3, 2007) | A563-A565 | ☐ | ☒ |
| 13. | Second Declaration of Charles S. Perkins III (BCOA Secretary-Treasurer) with accompanying letter from Charles Groppe (BCOA Counsel) (February 7, 2008) | A566-A571 | ☐ | ☒ |
| 14. | National Bituminous Coal Wage Agreement ("NBCWA") of 1978 (Article XX §§ (a)-(h) and BCOA membership page) | A572-A588 | ☐ | ☒ |
| 15. | NBCWA of 2002 (Article XX §§ (a)-(h) and BCOA membership page) | A589-A603 | ☐ | ☒ |
| 16. | "NBCWA of 2007" (Article XX §§ (a)-(h) and BCOA membership page) | A604-A617 | ☐ | ☒ |
| 17. | A.T. Massey Coal Co., Inc. Advice Memorandum (April 23, 1985) | A618-A644 | ☐ | ☒ |
| 18. | Defendant BCOA's Responses and Objections to Freeman United Coal Mining Company's First Set of Interrogatories to BCOA (January 18, 2008) | A645-A658 | ☐ | ☒ |
| 19. | BCOA's Privilege Log (2/5/2008) | A659-A660 | ☐ | ☒ |
| 20. | UMWA 1974 Pension Trust's Responses to Freeman's Second Set of Interrogatories to UMWA 1974 Pension Trust (January 18, 2008) | A661-667 | ☐ | ☒ |
| 21. | Barry Cassell, *UMWA Locals Approve Contract, Setting Stage For Non-Consol Talks*, Power & Coal – Operations & Strategy (Dec. 22, 2006) | A668 | ☐ | ☒ |
| 22. | *An Historic Contract: An Interview with President Roberts*, United Mine Workers Journal 9 (Jan/Feb 2007) | A669 | ☐ | ☒ |
| 23. | *Business Wire*, Foundation Coal Addresses Possible Strike (April 2, 2007) | A670-A671 | ☐ | ☒ |

| Tab No. | Document | Appendix No. | Filed Under Seal YES | Filed Under Seal NO |
|---|---|---|---|---|
| 24. | *Business Wire*, Cumberland and Emerald Remain Ready To Sign 2007 National Wage Agreement (April 6, 2007) | A672-A673 | ☐ | ☒ |
| 25. | SEC Form 10-K for Consol Energy, Inc. (December 31, 2006), Pages 160-61, Listing Executive Officers of Consol Energy, Inc. | A674-A676 | ☐ | ☒ |
| 26. | Email from Charles Perkins (BCOA Secretary Treasurer) re "secret" negotiation meeting (April 14, 2006) | A677 | ☒ | ☐ |
| 27. | BCOA Constitution and By-Laws Amended July 14, 2006 | A678-A694 | ☐ | ☒ |
| 28. | Written Consent of the Membership of BCOA to Amend By-laws (July 17, 2006) | A695 | ☐ | ☒ |
| 29. | BCOA Constitution and By-Laws Amended May 22, 2007 | A696-A713 | ☐ | ☒ |
| 30. | BCOA Articles of Incorporation | A714-A724 | ☐ | ☒ |
| 31. | Minutes of the Annual Board of Directors Meeting of BCOA (May 22, 2007) | A725-A727 | ☐ | ☒ |
| 32. | Consol's 2006 Annual Coal Production Report to BCOA (February 15, 2007) | A728 | ☒ | ☐ |
| 33. | Consol's 2005 Annual Coal Production Report to BCOA (January 27, 2006) | A729 | ☒ | ☐ |
| 34. | Minutes of the Annual Board of Directors Meeting of BCOA (May 9, 2006) | A730-A732 | ☒ | ☐ |
| 35. | 2002 NBCWA Ratification Ballots Submitted to BCOA by Consol, Arch Coal, Inc., and Peabody Holding Co. | A733-A735 | ☐ | ☒ |
| 36. | Email from M. Feibusch (BCOA) re estimate of AML reform legislation on Freeman (June 8, 2006) | A736 | ☒ | ☐ |
| 37. | UMWA Press Release (December 21, 2006) | A737-A738 | ☒ | ☐ |
| 38. | UMWA Press Release re UMWA reaching agreement with Peabody Energy (February 9, 2007) | A739-A740 | ☒ | ☐ |

| Tab No. | Document | Appendix No. | Filed Under Seal YES | NO |
|---|---|---|---|---|
| 39. | UMWA Press Release re UMWA reaching agreement with Magnum Coal (February 13, 2007) | A741 | ☒ | ☐ |
| 40. | UMWA Press Release re strike at Foundation Coal (March 27, 2007) | A742 | ☒ | ☐ |
| 41. | UMWA Press Release re strike at Foundation Coal (April 12, 2007) | A743-A744 | ☒ | ☐ |
| 42. | Memo to Trustees of UMWA 1950 & 1974 Pension Plans re: $2,250 Payments Issued from the 1950 & 1974 Pension Trusts | A745-A746 | ☒ | ☐ |
| 43. | BCOA Constitution and By Laws Amended May 9, 1995 | A747-A765 | ☒ | ☐ |
| 44. | Minutes of the Annual Membership Meeting of BCOA (May 22, 2007) | A766-A767 | ☒ | ☐ |
| 45. | Minutes of the Annual Membership Meeting of BCOA (May 9, 2006) | A768 | ☒ | ☐ |
| 46. | BCOA Membership Voting Rights Document | A769 | ☒ | ☐ |
| 47. | BCOA Financial Statements for Years Ended March 31, 2007 and 2006 and Independent Auditor's Report | A770-A785 | ☒ | ☐ |
| 48. | BCOA Board of Directors (Updated January 17, 2006) | A786 | ☒ | ☐ |
| 49. | "NBCWA of 2007" (Proposed Contract – Ratification Version) (December 2006) | A787-A856 | ☒ | ☐ |
| 50. | Email from Morrie Feibush (BCOA) re: Foundation Coal agreement (April 13, 2007) | A857 | ☒ | ☐ |
| 51. | Email from Charles Perkins (BCOA Secretary-Treasurer) re Comparison of Funding Methods for 1993 Plan (June 19, 2006) | A858-A859 | ☒ | ☐ |
| 52. | Email from Patricia Lang (VP of Human Resources, Consol) re Transfers to Fund Deficit dated June 13, 2006 | A860 | ☒ | ☐ |
| 53. | Letter from Cecil Roberts (UMWA President) re Peabody Coal (January 29, 2007) | A861-A862 | ☒ | ☐ |

| Tab No. | Document | Appendix No. | Filed Under Seal YES | NO |
|---|---|---|---|---|
| 54. | Memo from Cecil Roberts (UMWA President) to All UMWA Local Union Officers re Action After Contract Ratification (December 22, 2006) | A863-A864 | ☒ | ☐ |
| 55. | Email from Morrie Feibush (BCOA) re Status of UMWA negotiations (January 16, 2007) | A865 | ☒ | ☐ |
| 56. | Negotiation Proposal Chart Referencing "Consol Budget" | A866-A867 | ☒ | ☐ |
| 57. | Email from Guy Dreskler (Consol Controller) attaching year by year analysis of 2007 Agreement | A868-A876 | ☒ | ☐ |
| 58. | Consol Provided Negotiation Notes (dated 4/26/06) | A877-A882 | ☒ | ☐ |
| 59. | National Bituminous Coal Wage Agreement of 2007 Power Point Presentation Prepared by Consol | A883-A912 | ☒ | ☐ |
| 60. | BCOA Overview Packet with Consol analysis/goals (April 11, 2006) | A913-A955 | ☒ | ☐ |
| 61. | Notes of Peter Lilly (Consol COO) documenting 12/1/06 Negotiating Session with UMWA President | A956-A958 | ☒ | ☐ |
| 62. | Notes of Peter Lilly (Consol COO) documenting 9/28/06 Negotiating Session with UMWA President | A959-A961 | ☒ | ☐ |
| 63. | Notes of Peter Lilly (Consol COO) documenting 8/17/06 Negotiating Session with UMWA President | A962 | ☒ | ☐ |
| 64. | Notes of Peter Lilly (Consol COO) documenting 7/27/06 Negotiating Session with UMWA President | A963-A966 | ☒ | ☐ |
| 65. | Notes of Peter Lilly (Consol COO) documenting 6/8/06 Negotiating Session with UMWA President | A967-A973 | ☒ | ☐ |
| 66. | Consol Provided Negotiation Notes (dated 5/12/06) | A974-A985 | ☒ | ☐ |
| 67. | Email from Patty Lang (Consol VP of Human Resources) to William Lyons (Consol CFO) re Consol MOU (January 1, 2007) | A986 | ☒ | ☐ |

| Tab No. | Document | Appendix No. | Filed Under Seal YES | NO |
|---|---|---|---|---|
| 68. | Email from Patty Lang (Consol VP of Human Resources) to William Lyons (Consol CFO) and T. Mayer (Consol) re 1992 Plan security reduction (December 15, 2006) | A987 | ☒ | ☐ |
| 69. | Email from Patty Lang (Consol VP of Human Resources) to William Lyons (Consol CFO) re Impact of AML legislation (December 9, 2006) | A988-A990 | ☒ | ☐ |
| 70. | Email from Patty Lang (Consol VP of Human Resources) to Consol Strategic Planning Committee Participants attaching Strategy Committee Meeting Notes for 1/31/06 and 2/14/06 (February 28, 2006) | A991-A995 | ☒ | ☐ |
| 71. | Email from Patty Lang (Consol VP of Human Resources) to Consol Strategic Planning Committee Participants attaching Strategy Committee Meeting Notes for 1/17/06 (January 18, 2006) | A996-A999 | ☒ | ☐ |
| 72. | Consol Energy, Inc. Board of Directors Regularly Scheduled Meeting Minutes (2/21/06 through Feb. 20, 2007) | A1000-A1002 | ☒ | ☐ |
| 73. | Consol Board Meeting Power Point Presentation (July 20, 2006) | A1003-A1010 | ☒ | ☐ |
| 74. | Negotiation Notes of Patty Lang (Consol VP of Human Resources) (September 2006) | A1011-A1012 | ☒ | ☐ |
| 75. | Email from Patty Lang (Consol VP of Human Resources) to William Lyons (Consol CFO) (November 20, 2006) | A1013-A1015 | ☒ | ☐ |
| 76. | Email from Patty Lang (Consol VP of Human Resources) to William Lyons (Consol CFO) (August 19, 2006) | A1016 | ☒ | ☐ |
| 77. | UMWA 1974 Pension Trust's Mem. in Support of Motion for Summ. J. and in Opposition to Rawl's Motion to Dismiss (March 8, 1991) | A1017-A1068 | ☐ | ☒ |

| Tab No. | Document | Appendix No. | Filed Under Seal YES | NO |
|---|---|---|---|---|
| 78. | Affidavit of E. Morgan Massey attaching September 1, 1978 Memorandum from Joseph Brennan (then BCOA president) to BCOA membership (February 13, 1992) | A1069-A1085 | ☐ | ☒ |
| 79. | Declaration of Nicholas Camicia, Chairman of The Pittston Company and member of BCOA Executive Committee (June 24, 1993) | A1086-A1089 | ☐ | ☒ |
| 80. | Letter re: Effects of 2007 Agreement on 1974 Pension Plan (February 9, 2007) | A1090-A1105 | ☐ | ☒ |
| 81. | Deposition of Stonie Barker (member of BCOA Executive Committee in 1977/78) (September 8, 1994) | A1106-A1117 | ☐ | ☒ |
| 82. | Affidavit of Joseph P. Brennan (former President of BCOA) (June 15, 1997) | A1118-A1148 | ☒ | ☐ |
| 83. | Declaration of Joseph P. Brennan (former President of BCOA) (May 1, 1990) | A1149-A1172 | ☒ | ☐ |
| 84. | Dynamic Energy, Inc. Agreement with UMWA | A1173-A1182 | ☒ | ☐ |
| 85. | Conesville Coal Preparation Company Agreement with UMWA (January 16, 2007) | A1183-A1196 | ☒ | ☐ |
| 86. | January 1, 2007 Letter to Cecil Roberts (UMWA President) from Peter Lilly (Consol COO) re Consol's Employer Health Plans | A1197-A1198 | ☒ | ☐ |
| 87. | Freeman-UMWA Bituminous Coal Wage Agreement of 2003 | A1199-A1355 | ☒ | ☐ |

Respectfully submitted,

  /s/ Jessica Ring Amunson

Paul M. Smith
DC Bar No. 358870
Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:   (202) 639-6000
Fax:   (202) 661-4993
psmith@jenner.com
jamunson@jenner.com

Susan C. Levy (*pro hac vice*)
Daniel J. Winters (*pro hac vice*)
JENNER & BLOCK LLP
333 North Wabash Avenue
Chicago, IL 60611
Tel:   (312) 923-2772
Fax:   (312) 840-7772
slevy@jenner.com
dwinters@jenner.com

Gregory J. Ossi
DC Bar No. 460243
Adrianna K. Marks (*pro hac vice*)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel:   (703) 760-1600
Fax:   (703) 812-8949
gjossi@venable.com
akmarks@venable.com

***Counsel for Freeman United
Coal Mining Company***

-9-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2008, I served the foregoing via the Court's ECF system, which will provide notification to all counsel of record in these consolidated cases.

Respectfully submitted,

   /s/ Jessica Ring Amunson

Paul M. Smith
DC Bar No. 358870
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:   (202) 639-6000
Fax:   (202) 661-4993
psmith@jenner.com

*Counsel for Freeman United Coal Mining Company*