**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
Michael H. Holland, Micheal W. Buckner,    )
B.V. Hyler and Steven F. Schaab as Trustees )
of the United Mine Workers of America 1974 )
Pension Trust,                                      )
          Plaintiffs,           )
                                                    )
      v.                          )
                                                    )    Case No. 07-cv-00490 (PLF/AK)
Freeman United Coal Mining Company, et al., )
                                                    )
         Defendants.          )
_____)
                                                    )
Freeman United Coal Mining Company,       )
                                                    )
         Plaintiff,             )    Case No. 07-cv-01050 (PLF/AK)
                                                    )
      v.                          )
                                                    )
United Mine Workers of America, et al.,      )
                                                    )
         Defendants.          )
_____)

## FREEMAN UNITED COAL MINING COMPANY'S UNOPPOSED MOTION TO CHANGE TIME OF ORAL ARGUMENT ON OPPOSING PARTIES' MOTIONS FOR SUMMARY JUDGMENT

       Due to an unmovable conflict that has arisen for counsel for Freeman United Coal

Mining Company ("Freeman"), Freeman hereby requests that the time for oral argument on the

opposing parties' motions for summary judgment, which is currently set for 10:00 am on May 2,

2008, be changed to 2:00 pm or later on May 2, 2008.  *See* Docket Nos. 1:07-cv-00490, 1:07-cv-

01050 Minute Entry for Feb. 25, 2008.  Freeman has consulted all parties in these consolidated

cases and all parties have represented that they are available at 2:00 pm or later on May 2, 2008.

Counsel for the opposing parties do not oppose this motion. The opposing parties, however, do not agree to any postponement of the oral argument date.

March 18, 2008                                        Respectfully submitted,

                                                     __/s/ Paul M. Smith_____
                                                     Paul M. Smith
                                                     DC Bar No. 358870
                                                     Jessica Ring Amunson
                                                     DC Bar No. 497223
                                                     JENNER & BLOCK LLP
                                                     601 13th Street, NW
                                                     Washington, DC 20005
                                                     Tel:    (202) 639-6000
                                                     Fax:    (202) 661-4993
                                                     psmith@jenner.com
                                                     jamunson@jenner.com

                                                     Susan C. Levy (*pro hac vice*)
                                                     Daniel J. Winters (*pro hac vice*)
                                                     JENNER & BLOCK LLP
                                                     333 North Wabash Avenue
                                                     Chicago, IL 60611
                                                     Tel:    (312) 923-2772
                                                     Fax:    (312) 840-7772
                                                     slevy@jenner.com

                                                     Gregory J. Ossi
                                                     DC Bar No. 460243
                                                     Adrianna K. Marks (*pro hac vice*)
                                                     VENABLE LLP
                                                     8010 Towers Crescent Drive, Suite 300
                                                     Vienna, VA 22182
                                                     Tel:    (703) 760-1600
                                                     Fax:    (703) 812-8949
                                                     gjossi@venable.com

                                                     ***Counsel for Freeman United***
                                                     ***Coal Mining Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2008, I served the foregoing via the Court's ECF system, which will provide notification to all counsel of record in these consolidated cases.

Respectfully submitted,

  /s/ Jessica Ring Amunson

Jessica Ring Amunson
DC Bar No. 497223
JENNER & BLOCK LLP
601 13th Street, NW
Washington, DC 20005
Tel:    (202) 639-6000
Fax:    (202) 661-4993
psmith@jenner.com

*Counsel for Freeman United Coal Mining Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
|  |  |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Freeman United Coal Mining Company, et al., | ) Case No. 07-cv-00490 (PLF/AK) ) |
| Defendants. | ) ) |
_____
|  |  |
|---|---|
| Freeman United Coal Mining Company, | ) ) |
| Plaintiff, | ) Case No. 07-cv-01050 (PLF/AK) ) |
| v. | ) ) |
| United Mine Workers of America, et al., | ) ) |
| Defendants. | ) ) |
_____

## [PROPOSED] ORDER

Freeman United Coal Mining Company's ("Freeman's") Unopposed Motion to Change Time of Oral Argument on Opposing Parties' Motions for Summary Judgment having come before the Court and the Court having considered same, it is hereby ORDERED that the time for oral argument on the motions for summary judgment is changed. Said motions will be heard at 2:00 pm on May 2, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Paul L. Friedman