UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>　　　　　Defendants. | **FILED**<br>MAR 21 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br><br>Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United Mine Workers of America, et al.,<br><br>　　　　　Defendants. | Case No. 07-cv-01050 (PLF/AK) |

### [PROPOSED] ORDER

Freeman United Coal Mining Company's ("Freeman's") Unopposed Motion to Change Time of Oral Argument on Opposing Parties' Motions for Summary Judgment having come before the Court and the Court having considered same, it is hereby ORDERED that the time for oral argument on the motions for summary judgment is changed. Said motions will be heard at 2:00 pm on May 2, 2008, *instead of at 10 a.m.*

SO ORDERED this 20th day of March, 2008.

_____
The Honorable Paul L. Friedman