IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Holland, et al.,<br><br>   Plaintiff,<br>v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>   Defendants. | Case No. 07-cv-490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>   Plaintiff,<br>v.<br><br>United Mine Workers of America, et al.,<br><br>   Defendants. | Case No. 07-cv-1050 (PLF/AK) |

**NOTICE OF PARTIES' JOINT PROPOSED ARGUMENT SCHEDULE
FOR THE PENDING MOTIONS FOR SUMMARY JUDGMENT**

In response to the Court's April 25, 2008 Minute Order, the parties, through their respective counsel, hereby submit the following proposed schedule for the parties' April 29, 2008 oral argument on the pending motions for summary judgment.

  1.  **Duration.**

The parties propose that each side have 60 minutes for argument on the three pending motions filed by the United Mine Workers of America 1974 Pension Trust, the Bituminous Coal Operators' Association, Inc. ("BCOA"), and the United Mine Workers of America ("UMWA")

(collectively, "Movants"). The 60 minutes of argument time for Movants will include rebuttal, as reflected in the following proposed allocation of time.

## 2. Order of Argument and Allocation of Time.

The parties propose the following argument order and allocation of time for the April 29, 2008 argument:

1. <u>Movants</u>: Total time 45 minutes.

    a. UMWA 1974 Pension Trust - 15-20 minutes.

    b. BCOA - 15 minutes.

    c. UMWA - 10-15 minutes.

2. Respondents: Total time 60 minutes.

    a. Freeman - 40 minutes.

    b. Monterey - 20 minutes.

3. Movants' Rebuttal: Total time 15 minutes, to be allocated as needed at the hearing.

Respectfully submitted,

 /s/ Paul M. Smith  
Paul M. Smith  
DC Bar No. 358870  
Jessica Ring Amunson  
DC Bar No. 497223  
JENNER & BLOCK LLP  
601 13th Street, NW  
Washington, DC 20005  
Tel:   (202) 639-6000  
Fax:  (202) 661-4993  
psmith@jenner.com  
jamunson@jenner.com  

 /s/ Julia Penny Clark  
Julia Penny Clark  
Charlotte Garden  
Andrew Roth  
BREDHOFF & KAISER P.L.L.C.  
805 Fifteenth Street N.W.  
Suite 1000  
Washington, DC 20005  
Tel:   (202) 842-2600  
Fax:  (202) 842-1888  
jpclark@bredhoff.com  
cgarden@bredhoff.com  
aroth@bredhoff.com

| | |
|---|---|
| Susan C. Levy<br>Daniel J. Winters<br>JENNER & BLOCK LLP<br>333 North Wabash Avenue<br>Chicago, IL 60611<br>Tel:   (312) 923-2772<br>Fax:   (312) 840-7772<br>slevy@jenner.com | David W. Allen<br>Larry D. Newsome<br>Christopher F. Clarke<br>UMWA HEALTH & RETIREMENT FUNDS<br>Office of the General Counsel<br>2121 K Street, N.W.<br>Washington, D.C. 20037<br>Tel:   (202) 521-2238<br>Fax:   (202) 842-1888<br>cclarke@umwafunds.org<br>lnewsome@umwafunds.org<br>dallen@umwafunds.org |

Gregory J. Ossi
DC Bar No. 460243
Adrianna K. Marks
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Tel:   (703) 760-1600
Fax:   (703) 812-8949
gjossi@venable.com

*Counsel for Freeman United Coal Mining Company*

*Attorneys for UMWA 1974 Pension Trust and its Trustees*

  _/s/_____
John R. Mooney
Mark J. Murphy
MOONEY, GREEN, BAKER, SAINDON, PC
1920 L Street, NW
Suite 400
Washington, DC 20036
Tel:   (202) 783-0010
jmooney@mooneygreen.com
mmurphy@mooneygreen.com

  _/s/_____
John R. Woodrum
William I. Althen
OGLETREE, DEAKINS, NASH
   SMOAK & STEWART, P.C.
Fifth Floor
2400 N Street, NW
Washington, DC 20037
Tel:   (202) 887-0855
john.woodrum@odnss.com
william.althen@odnss.com

*Attorneys for Monterey Coal Co.*

Deborah Stern
United Mine Workers of America
8315 Lee Highway
Fairfax, VA 22031
Tel:   (703) 208-7200
dstern@umwa.org

*Attorneys for UMWA*

  _/s/_____
Peter Buscemi
Stanley F. Lechner
Charles P. Groppe
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel:   (202) 739-5190
Fax:   (202) 739-3001
pbuscemi@morganlewis.com

3

           slechner@morganlewis.com
           cgroppe@morganlewis.com

           ***Attorneys for BCOA***

DATE:  April 28, 2008