**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>　　　　Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United Mine Workers of America, et al.,<br><br>　　　　Defendants. | Case No. 07-cv-01050 (PLF/AK) |

**NOTICE OF CHANGE OF ADDRESS**

　　PLEASE TAKE NOTICE that the address of the Washington, D.C. office of Jenner & Block LLP, counsel for Freeman United Coal Mining Co., has changed, and effective May 24, 2008 all notices, correspondence and pleadings should be addressed to 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412. Our telephone and fax numbers will remain unchanged.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Paul M. Smith

Dated: June 10, 2008　　　　　　　　　Paul M. Smith, Esq.
　　　　　　　　　　　　　　　　　　　　D.C. Bar No.358870
　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　601 13th Street, N.W., Suite 1200S
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Tel:　(202) 639-6060
　　　　　　　　　　　　　　　　　　　　Fax:　(202) 639-6066

**New address:**

Paul M. Smith, Esq.
D.C. Bar No. 358870
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C.  20001-4412
Tel:    (202) 639-6060
Fax:    (202) 639-6066

## CERTIFICATE OF SERVICE

      I certify that on June 10, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                        /s/ Paul M. Smith  
                          Paul M. Smith