**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust,<br><br>   Plaintiffs,<br><br>  v.<br><br>Freeman United Coal Mining Company, et al.,<br><br>   Defendants. | Case No. 07-cv-00490 (PLF/AK) |
| Freeman United Coal Mining Company,<br><br>   Plaintiff,<br><br>  v.<br><br>United Mine Workers of America, et al.,<br><br>   Defendants. | Case No. 07-cv-01050 (PLF/AK) |

**NOTICE OF CHANGE OF ADDRESS**

  PLEASE TAKE NOTICE that the address of the Washington, D.C. office of Jenner & Block LLP, counsel for Freeman United Coal Mining Co., has changed, and effective May 24, 2008 all notices, correspondence and pleadings should be addressed to 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412. Our telephone and fax numbers will remain unchanged.

                 Respectfully Submitted,

                 /s/ Jessica Ring Amunson

Dated: June 10, 2008        Jessica Ring Amunson, Esq.
                 D.C. Bar No.497223
                 JENNER & BLOCK LLP
                 601 13th Street, N.W., Suite 1200S
                 Washington, D.C. 20005
                 Tel: (202) 639-6023
                 Fax: (202) 639-6066

**New address:**

Jessica Ring Amunson, Esq.
D.C. Bar No. 497223
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C.  20001-4412
Tel:     (202) 639-6023
Fax:    (202) 639-6066

## CERTIFICATE OF SERVICE

      I certify that on June 10, 2008, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                                /s/ Jessica Ring Amunson  
                                                Jessica Ring Amunson