**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Michael H. Holland, Micheal W. Buckner, B.V. Hyler and Steven F. Schaab as Trustees of the United Mine Workers of America 1974 Pension Trust, <br><br> Plaintiffs, <br><br> v. <br><br> Freeman United Coal Mining Company, et al., <br><br> Defendants. | Case No. 07-cv-490 <br> Judge Paul L. Friedman |
| Freeman United Coal Mining Company, <br><br> Plaintiff, <br><br> v. <br><br> United Mine Workers of America, et al., <br><br> Defendants. | Case No. 07-cv-1050 <br> Judge Paul L. Friedman |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.6(b), Plaintiffs, by and through their counsel of record hereby give notice that attorney Charlotte Garden, of the law firm Bredhoff & Kaiser, P.L.L.C., hereby withdraws as counsel of record for Plaintiffs United Mine Workers of America 1974 Pension Fund and Fund Trustees Michael H. Holland, Micheal W. Buckner, Steven F. Schaab, and B.V. Hyler (collectively, the "1974 Pension Trust") in the above-captioned matter. Attorney Garden is leaving the firm of Bredhoff & Kaiser, P.L.L.C., and thus cannot continue to represent the

- 2 -

Plaintiffs in this action. Attorneys Julia Penny Clark and Andrew D. Roth, members of the same firm, who have previously entered an appearance for the Plaintiffs and who have represented the Plaintiffs throughout the litigation, will continue to serve as counsel of record in this action.

        Respectfully Submitted,

        /s/_____
        JULIA PENNY CLARK
        D.C. Bar No. 269609
        ANDREW D. ROTH
        D.C. Bar No. 414038
        CHARLOTTE GARDEN
        D.C. Bar No. 489040
        Bredhoff & Kaiser, P.L.L.C.
        805 15th Street N.W., Suite 1000
        Washington, D.C.  20005
        Telephone: (202) 842-2600
        Fax:  (202) 842-1888