UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL H. HOLLAND, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-0490 (PLF) |
| FREEMAN UNITED COAL MINING CO., *et al.*, | ) | |
| Defendants. | ) | |
| FREEMAN UNITED COAL MINING CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-1050 (PLF) |
| UNITED MINE WORKERS OF AMERICA, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the Motion for Summary Judgment on the Issue of Liability by the United Mine Workers of America 1974 Pension Trust and its Trustees ([46] in Civil Action No. 07-0490), is GRANTED; it is

FURTHER ORDERED that Defendant United Mine Workers of America's Motion for Summary Judgment ([17] in Civil Action No. 07-1050) is GRANTED; it is

FURTHER ORDERED that the Motion for Summary Judgment on the Issue of Liability by the United Mine Workers of America 1974 Pension Trust and its Trustees ([18] in Civil Action No. 07-1050), is GRANTED; it is

FURTHER ORDERED that the Motion of Defendant Bituminous Coal Operators' Association, Inc. for Summary Judgment ([19] in Civil Action No. 07-1050) is GRANTED; and it is

FURTHER ORDERED that these consolidated cases are dismissed from the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 4, 2008